**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HUSSEIN NAJI, as Personal Representative
of the Estate of ALI NAJI,

      Plaintiff,

v.

CPL. TIMOTHY CLIVE, and CITY OF
DEARBORN

      Defendants.

_____/

Case No. 23-10521
Hon. F. Kay Behm
Magistrate Jonathan J.C. Grey

**<u>FACT APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY</u>**
**<u>JUDGMENT AND/OR FOR JUDGMENT ON THE PLEADINGS</u>**

**<u>FACT APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AND/OR FOR JUDGMENT ON THE PLEADINGS</u>**

I.      <u>Relevant Exhibits</u>

Exhibit A: Deposition Testimony of Corporal Timothy Clive
Exhibit B1: Lobby Desk footage (filed via media upload)
Exhibit B2: Lobby Doors footage (filed via media upload
Exhibit B3: Lobby Elevator footage (filed via media upload)
Exhibit B4: Lobby Waiting Footage (filed via media upload
Exhibit B5: Front Circle (filed via media upload though not
referenced herein)

II.     <u>Statement of Material Facts</u>

¶1 – Exhibit A, page 18, line 23 – page 19, line 2

¶4 – Exhibit A, page 73, line 15 – page 73, line 25; Exhibit A, page
92, line 8 – page 92, line 15.

¶5 – Exhibit A, page 89, line 23 – page 92, line 3

¶6 – Exhibit B3, Lobby Elevator, 3:32:38

¶7 – Exhibit A, page 73, line 15 – page 73, line 25; Exhibit A, page
74, line 22 – page 75, line 10; Exhibit A, page 93, line 18 – page 94,
line 5; Exhibit B1, Lobby Desk, 3:32:38

¶8 – Exhibit A, page 93, line 18 – page 94, line 11; Exhibit B3,
Lobby Elevator, 3:32:48-3:32:50

¶9 – Exhibit A, page 94, line 12 – page 94, line 24; Exhibit B, Lobby
Elevator, 3:32:51-3:32: 55

¶10 – Exhibit A, page 82, line 1 – page 82, line 15; Exhibit A, page
94, line 6 – page 94, line 24; Exhibit A, page 95, line 3 – page 95,
line 9; Exhibit B2, Lobby Doors, 3:32:51-3:32:55

¶11 – Exhibit A, page 69, line 11 – page 69, line 16; Exhibit A, page 81, line 9 – page 81, line 19; Exhibit A – page 85, line 24 – page 86, line 1; Exhibit B3; Lobby Elevator, 3:32:56-3:33:01; Exhibit B2; Lobby Doors, 3:32:57

¶12 – Exhibit A, page 95, line 25 – page 96, line 21; Exhibit B3, Lobby Elevator, 3:32:56-3:33:00

¶13 – Exhibit B4, Lobby Waiting, 3:32:57; Exhibit B2, Lobby Doors, 3:32: 57

¶14 – Exhibit B3, Lobby Elevator, 3:32:38-3:32:56

¶15 – Exhibit A, page 92, line 15 – page 93, line 5

III.   <u>Discrete Facts Alluded to in Argument Section</u>

Brief, page 14 – Clive did not know who Naji was – Exhibit A, page 95, line 18 – page 95, line 24

Brief, page 15 – Clive had no time to de-escalate – Exhibit A, page 95, line 3 – page 95, line 16

Brief, page 15 – Clive was concerned about other people coming into the lobby – Exhibit A, page 92, line 15 – page 93, line 5; Exhibit A, page 95, line 10 - page 95, line 17

Brief, page 15 – sliding open the glass – Exhibit A, page 67, line 22 – page 68, line 7; Exhibit B1, Lobby Desk, 3:32:56

Brief, page 16 – 2015 "foot chase" – Exhibit A, page 28, line 13 – page 29, line 16; Exhibit A, page 31, line 3 – page 33, line 17; Exhibit A, page 62, line 7 – page 62, line 21; Exhibit A, page 93, line 6 – page 93, line 13

Brief, page 16 – 2017 "open carry" incident – Exhibit A, page 36, line 8 – page 45, line 15; Exhibit A, page 46, line 15 – page 46, line 25; Exhibit A, page 49, line 8 – page 55, line 25; Exhibit A, page 93, line 14 – page 93, line 17

Brief, page 16 – footnote #2 – Exhibit A, page 76, line 14 – page 77, line 4; Exhibit A, page 89, line 11 – page 89, line 17

Brief, page 17 – Clive never saw Naji drop the gun – Exhibit A, page 95, line 25 – page 96, line 21

Brief, page 17 – Naji's body blocked view of the gun – Exhibit B3, Lobby Elevator, 3:32:57-3:33:00

Brief, page 17 – the location of Naji's gun at rest – Exhibit B2, Lobby Doors, 3:32:57; Exhibit B4, Lobby Waiting, 3:32:57

Brief, page 17 – Naji was still a threat – Exhibit A, page 95, line 25 – page 96, line 21.


Respectfully submitted,

AUGUST LAW, PLLC

By:     */s/   Gary K. August*
        Gary K. August (P48730)
        Michael C. Lewis (P59139)
        Attorneys for Defendants
        29201 Telegraph Road, Suite 510
        Southfield, MI 48034
        (248) 833-6225
        gaugust@august-law.com
        mlewis@august-law.com

Dated: June 26, 2023

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 26, 2023, I filed the foregoing document with the Clerk of the Court by way of the ECF electronic filing system which will send notification of such filing to counsel for Plaintiff in this matter.

_    /s/ Robin Paye_____

EXHIBIT A

Coproal Timothy Clive - May 31, 2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHEASTERN DIVISION


HUSSEIN NAJI, as Personal Representative

Of the Estate of ALINAJI,


                Plaintiff,

      vs.                    Case No.: 23-10521

                             Hon. F. Kay Beham

                             Magistrate Jonathan J.C. Grey

CITY OF DEARBORN, and

JOHN DOE OFFICER,

                Defendants.

_____/

         DEPOSITION OF CORPORAL TIMOTHY CLIVE,

     Taken by the Plaintiff at the City of Dearborn Law

Department located at 16901 Michigan Ave., Suite 14,

Dearborn, Michigan on Wednesday, May 31, 2023 @ 1:00 p.m.

APPEARANCES:

For the Plaintiff:         CYRIL C. HALL (P29121)

                           HUSSEIN S. BAZZI (P85891)

                           23950 Princeton St.

                           Dearborn, MI  48124

                           (313) 788-8888

Page 2

For the Witness:                MICHAEL C. LEWIS (P59139)

                                29201 Telegraph Rd., #510

                                Southfield, MI  48034

                                (248) 833-6225


RECORDED BY:


                    PHOENIX COURT REPORTING

                    P.O. BOX 214552

                    AUBURN HILLS, MI  48321

                    (248) 342-7229

Page 4

1  Wednesday, May 31, 2023 – 1:03 p.m.
2  Via Zoom
3              _  _  _
4          PROCEEDINGS
5              _  _  _
6          THE COURT REPORTER:  Could I have
7  the witness raise your right hand for me, please?  Do
8  you solemnly swear or affirm that the testimony you
9  are about to give in this matter will be the truth?
10          THE WITNESS:  Yes, Ma'am.
11          THE COURT REPORTER:  Thank you.
12          TIMOTHY CLIVE,
13  WAS DULY SWORN BY THE COURT REPORTER, TESTIFIED UNDER
14  OATH AS FOLLOWS:
15          DIRECT EXAMINATION
16  BY MR. HALL:
17  Q   Witness, please state your name for the record.
18  A   **Police Station name?**
19  Q   I'm sorry, please state your name.
20  A   **Oh, Timothy Clive.**
21  Q   Okay.  Mr. Clive, so today is scheduled for a
22      Deposition.  Have you ever had your Deposition taken
23      before?
24  A   **I don't believe so.  No, I haven't.**
25  Q   But I know you've testified multiple times in Court;

Page 3

## TABLE OF CONTENTS

WITNESS:                        PAGE

TIMOTHY CLIVE

    Direct Examination by Mr. Hall       4
    Cross-Examination by Mr. Lewis      89
    Redirect Examination by Mr. Hall    96












EXHIBITS:                 IDENTIFIED

    Exhibit Number One          42
    Exhibit Number Two          51
    Exhibit Number Three        57
    Exhibit Number Four         63

Page 5

1      is that correct?
2  A   **Yes, traffic.**
3  Q   Yes.  Well, the only reason I mention that, because a
4      Deposition is the same thing as the Court or traffic
5      or whatever you've testified in, because you were
6      sworn in and have given testimony; is that correct?
7  A   **Yes.**
8  Q   So today, since this is a Civil matter, I'm trying to
9      secure some information; we call it Discovery.  I'm
10      sure you've heard that terminology.  So I'm trying to
11      secure, by way of Discovery, information about what
12      occurred on the date of the shooting.
13          Now I'm not here to argue
14      with you; I'm not trying to trick you, because it's a
15      video.  So a lot of the facts are going to be shown
16      on the video, okay?  So I'm not coming in here
17      bombastic and all of that.  But just like in Court,
18      so what happens is, I will ask a question, and I
19      would respectfully ask you to permit me to complete
20      the question before you start answering, is that
21      okay?
22  A   **Certainly.**
23  Q   Likewise, before I ask a subsequent question, I'm
24      going to give you the courtesy to permit you to give
25      a full answer, and then I may ask another question,

6

```
 1     okay?
 2  A  Yes, sir.
 3  Q  In the event that I ask you something, and you do not
 4     understand the question, just advise me, and that way
 5     I will rephrase the question, restate it or do
 6     whatever is necessary for us to effectively
 7     communicate, okay?
 8  A  Yes, sir.
 9  Q  I think that is the extent of the parameter.  Oh, if
10     there comes a point, not that I think that it is
11     going to, but you want to take a break, if I have a
12     question on the floor, I respectfully ask you to
13     answer the question, then take a break.
14              You know you can confer with your
15     Counsel on any break or anything of that sort.  There
16     is nothing to hide about this particular process.
17  A  Yes, sir.
18  Q  Okay?
19  A  Yes.
20              MR. LEWIS:  This is not an
21     endurance test.  If you need a break, just ask for
22     one.
23  BY MR. HALL, CONTINUING:
24  Q  Yes, because I might take one.
25              MR. LEWIS:  I'm going to take one
```

7

```
 1     too.
 2              MR. HALL:  I took my medication,
 3     and so --
 4              MR. LEWIS:  Sure.  I got you.
 5  BY MR. HALL, CONTINUING:
 6  Q  Are you married?
 7  A  I am.
 8  Q  Okay.  And I don't mean to embarrass you, but none of
 9     these questions are intended to embarrass you,
10     especially what I am getting ready to ask you; for
11     instance, have you ever been divorced?
12  A  No.
13  Q  Okay.  So you know the question about the last time
14     you beat up your wife?
15  A  What's that?
16  Q  I am just kidding.  Sir, you are taking this too
17     serious.  And I know --
18              MR. LEWIS:  He's just getting --
19     the record should reflect that we are all smiling.
20  BY MR. HALL, CONTINUING:
21  Q  Okay.  In any event, you are married.  Do you have
22     children?
23  A  I do not.
24  Q  Okay.  Let me ask you this.  Do you have any Military
25     Service?
```

8

```
 1  A  I do.
 2  Q  Okay.  Could you explain to me your Military Service,
 3     and by that, when did you enter?
 4  A  2001
 5  Q  And what Branch?
 6  A  Army.
 7  Q  And I'm a little older than you; so we used to get
 8     drafted, but I guess you were not drafted, you were
 9     enlisted --
10  A  Yes.
11  Q  Okay.  So you enlisted in the Army?
12  A  Yes.
13  Q  How long were you there?
14  A  Roughly two years.
15  Q  How long did you sign up for?
16  A  Four.
17  Q  Did you sustain an injury or something --
18  A  Yes.
19  Q  -- that caused you to leave?
20  A  Yes.
21  Q  Was it a physical injury?
22  A  Yes.
23  Q  Did it cause you to sustain any Military --  well,
24     back in 2001 you could have been in combat.
25  A  Yes.
```

9

```
 1  Q  And you were?
 2  A  Yes.
 3              THE COURT REPORTER:  Can you keep
 4     your voice up for me?
 5              THE WITNESS:  Absolutely.
 6  BY MR. HALL, CONTINUING:
 7  Q  Was there any mental basis for the breakdown that
 8     caused you to separate yourself from the Army?
 9  A  Mental what, I'm sorry?
10  Q  Mental, mental breakdown?
11  A  No.
12  Q  Okay.  Because you said you suffered an injury.  I
13     didn't necessarily, for my purposes today, I didn't
14     necessarily need to go into your privacy as to what
15     type of injury, that's why I was going around it.
16  A  I understand.
17  Q  And then I asked about if there was a mental, because
18     I was going to try to hear it and just kind of let it
19     go, unless at another point in time we had to deal
20     with it.  But I don't want to get into all of that.
21     But in any event, you left early --
22  A  Yes.
23  Q  -- as you've indicate.  Okay.  So after you left the
24     Military and --  strike that.  In terms of the
25     Military, had you completed High School before you
```

10

1   went to the Military?
2  **A   Yes.**
3  Q   Had you had an occasion to attend College before you
4      went to the Military?
5  **A   I did.**
6  Q   Okay.  When did you graduate from High School?
7  **A   It's 1998,**
8  Q   I really didn't know how old you were, so I couldn't
9      tell to figure out the chronology of your life.  So
10     1998; what High School did you attend?
11 **A   Sauquoit Valley Central School.**
12 Q   Okay.  So I am not even going to --
13 **A   You want me to spell it for you?**
14 Q   Yes, that would be good for her.
15 **A   S-a-u-q-u-o-i-t, just like it sounds.**
16 Q   And where is that?
17 **A   That is in Sauquoit New York, up State New York.**
18 Q   Oh, and you graduated in 1998, and did you further
19     your education after 1998?
20 **A   Yes, I did.**
21 Q   And where did you go, and what did you do?
22 **A   I went to -- I'm sorry.  I went to Mohawk Valley**
23     **Community College for roughly a year and a half, and**
24     **then I joined the Military.**
25 Q   So Mohawk Valley, is that in New York too?

11

1  **A   It is.**
2  Q   Up there by --
3  **A   Utica, Syracuse of -- East of Syracuse.**
4  Q   Okay.  So you were in snow country? What was your
5      area of concentration at Mohawk?
6  **A   Criminal Justice.**
7  Q   So did you acquire a Associates Degree from Mohawk?
8  **A   Not at that point.  Not until after the Army.**
9  Q   So you leave Mohawk and you join the Military.  I am
10     just wonders if the -- did the War have anything to
11     do with you deciding to go into the Military?
12 **A   No.**
13 Q   Okay.
14 **A   I was already in at that point.**
15 Q   When the War started?
16 **A   Yes.**
17 Q   Okay.  Now what your Rank?  What was the highest Rank
18     you achieved in the Military?
19 **A   Private First Class.**
20 Q   During the period of time that you were in High
21     School we had a program here they called ROTC; were
22     you a member of that?
23 **A   No, sir.  We didn't have that in school, in our High**
24     **School.**
25 Q   So that's over, ROTC?

12

1  **A   It's still around.**
2  Q   Okay.  I was just wondering.
3  **A   Yes, it's still around.  I know some Colleges have**
4      **it, you know, but we didn't have any ROTC.  Some of**
5      **the smaller schools -- or larger schools might have**
6      **had that, but we didn't.**
7  Q   Okay.  Obviously Vietnam was going on when I was
8      ending, and a lot of people could give you --  you
9      know, than being an just being an enlisted guy
10     getting drafted, you could come up in Rank --
11 **A   Yes.**
12 Q   It sounds like some of your education might have
13     helped you.  I know it might have helped you with the
14     testing, but you say Private First Class --
15 **A   Yes.**
16 Q   -- so you started out as an enlisted person, and
17     then you progressed upward, is that correct?
18 **A   Because I had some College, I went in Private First**
19     **Class.**
20 Q   Okay.  That's what I'm talking about.  College
21     helped.
22 **A   College helped out a little bit.**
23 Q   Okay.  And so when you received your discharge from
24     the Military, you were Private First Class?
25 **A   Yes.**

13

1  Q   Honorable Discharge?
2  **A   Yes.**
3  Q   So when you were discharged from the Military, did
4      you have to do some sort of recuperation or physical
5      therapy or something of that sort?
6  **A   They gave me a Cam Walker.**
7  Q   You have got to explain that.  I am not familiar with
8      that.
9  **A   Okay.  I suffered a foot injury.**
10 Q   Okay.
11 **A   And they did not give me specific therapy.  They gave**
12     **me a Cam Walker.  It's a --**
13 Q   What's a Cam Walker?
14 **A   It's a walking, what do they call that --**
15             MR. LEWIS:  Boot?
16             THE WITNESS:  Boot, yes.  So I
17     had to wear that for a period of time.
18 BY MR. HALL, CONTINNUING:
19 Q   So you went out the door with the boot on?
20 **A   Yes.**
21 Q   But you still had the opportunity to go to a VA
22     Hospital though, I would take it?
23 **A   I did.  I had the opportunity.**
24 Q   Okay.  But you treated locally wherever you went back
25     to live?

14

1  A  Yes.
2  Q  Okay.  Where did you go back to live after that, by
3     the way?
4  A  **Sauquoit.**
5  Q  Okay.
6  A  **The Town just next door, Chadwicks, is where I grew**
7     **up.  So it's that area.**
8  Q  Okay.  So you leave the Military I 2003?
9  A  **Yes.**
10 Q  What do you decide to do with yourself after 2003?
11 A  **What?  I'm sorry.**
12 Q  Did you decide to go to College, after 2003?
13 A  **Yes.**
14 Q  Okay.  What College did you determine that you were
15    going to go to?
16 A  **Finish out at Mohawk Valley Community College.**
17 Q  Okay.  And did you?
18 A  **Yes.**
19 Q  And what degree did you attain at Mohawk?
20 A  **At that point I attained an Associates.**
21 Q  Criminal Justice?
22 A  **Yes, sir.**
23 Q  When you are taking a degree in Criminal Justice, how
24    many of the credits were for your major in Criminal
25    Justice, and then the regular general educational,

15

1     was it fifty/fifty or how do you recall it?
2  A  **I don't know.  I don't know.**
3  Q  Did you decide that you wanted to be a Police Officer
4     at that point in time?
5  A  **Yes.**
6  Q  In terms of when you were in the Miliary, were you
7     involved in any Police training or Law Enforcement or
8     Military, whatever the --  Military, I forgot what
9     the version of the Law Enforcement is, in the
10    Military.
11 A  **No.**
12 Q  Were you a member in the Military of any Law
13    Enforcement?
14 A  **I'm sorry.  Are you talking like Military Police?**
15 Q  Yes, that's right.
16 A  **No, I was not.**
17 Q  Okay.
18 A  **No.**
19 Q  So when you went back to Mohawk, did you have a
20    determination in your head that you were going to be
21    a Police Officer?
22 A  **Yes.**
23 Q  Okay.  And so in terms of during your academic
24    courses, well really what I was asking just, was most
25    of them for your major?  And I know the bulk of them

16

1     has to be for your major, but also, was there another
2     area of concentration that you had?
3  A  **No, there was not.**
4  Q  Okay.  So general studies, plus you are looking for
5     your major?
6  A  **Major in Criminal Justice.**
7  Q  Okay.  So when did you receive your degree from
8     Mohawk?
9  A  **2004.**
10 Q  Okay.  After you acquired the Associates degree, did
11    you determine then and there, and I mean in 2004, or
12    205 that you were going to secure additional
13    education?
14 A  **I did.**
15 Q  Where did you attend?
16 A  **Utica College of Syracuse University.**
17 Q  How long were you there?
18 A  **Two years.**
19 Q  Did you attain a degree?
20 A  **Yes, I have.**
21 Q  What degree was that?
22 A  **That was a Bachelor of Science, Criminal Justice.**
23 Q  Where were you stationed in the Military?
24 A  **Hunter Army Airfield.  Georgia.**
25 Q  And were you there for the year and a half or did you

17

1     go other places?
2  A  **I was there the whole time.  Well, I went to Fort**
3     **Benning for training, and then Hunter Army Airfield**
4     **after that.**
5  Q  Okay.  So I'm sorry, Utica College at Syracuse; when
6     did you attain the degree?  You got your associates
7     in 2004?
8  A  **Un-huh.  2006.**
9  Q  Did you start working at that point, in 2006?  Did
10    you decide that you were going to go into the
11    community and start working?
12 A  **No, I worked different jobs.**
13 Q  Okay.  Because ultimately I'm going to try to get you
14    to when you first started in Law Enforcement.
15 A  **Okay.**
16 Q  When did you first start working in Law Enforcement?
17 A  **I went to the Police Academy in New York.  I believe**
18    **it was 2008.**
19 Q  Prior to going into the Police Academy, had you been
20    involved in any Law Enforcement training or
21    employment?
22 A  **No.**
23 Q  Okay.  So you go into the Police Academy in 2008; you
24    graduated that year?
25 A  **Yes.**

Coproal Timothy Clive - May 31, 2023

18

1 Q And after you graduated in 2008, did you sign on with
2 any department?
3 A **While I was going to the Academy there, I got a**
4 **conditional offer in Dearborn.**
5 Q How did that happen? Because I was wondering how you
6 came here, but that's interesting.
7 A **My wife.**
8          MR. LEWIS: Good answer.
9          THE WITNESS: Yes.
10 BY MR. HALL, CONTINUING:
11 Q What, she was already in Dearborn or --
12 A **She was in Michigan.**
13 Q Michigan. Did you have to apply? I mean where did
14 it come from, the conditional offer? Did it come
15 just from the --
16 A **I absolutely applied.**
17 Q When you came -- so then you had a conditional offer
18 and you come to Michigan, is that correct?
19 A **Yes. I had already been living in Michigan. I went**
20 **to an Academy in New York, because I was possibly**
21 **going to be getting a job in my hometown, but it**
22 **didn't work out that way.**
23 Q Okay. So you get a conditional offer in Dearborn,
24 did you accept it?
25 A **Yes.**

19

1 Q What year?
2 A **2009.**
3 Q Did you have to -- in Michigan, did you have to take
4 any classes at the Academy?
5 A **I did.**
6 Q Where did you go?
7 A **Wayne County Regional, Schoolcraft College.**
8 Q Okay. And you completed that study within the year
9 of 2009?
10 A **Yes.**
11 Q And you graduated from the Academy a second time? So
12 after you graduated from the Academy then, did you
13 start with the Dearborn Police Department?
14 A **I did.**
15 Q What were you hired in as?
16 A **I'm sorry?**
17 Q What Rank? What were you hired I as a Dearborn
18 Police?
19 A **Officer.**
20 Q Okay. It's interesting about Dearborn, I've noticed
21 because a lot of places they have Officer, then you
22 can move up to Sergeant, then et cetera, et cetera,
23 et cetera. So I didn't understand, like today you
24 say you're a Corporal --
25 A **Yes.**

20

1 Q -- but then I see a couple stripes on your uniform.
2 So what's the progression in Dearborn? You started
3 out as an Officer --
4 A **Yes.**
5 Q Did there come a point in time when you were promoted
6 or tested for a higher Rank?
7 A **You automatically get promoted after four years.**
8 Q Okay. And you get promoted to what?
9 A **Corporal.**
10 Q Okay. To Corporal.
11 A **Yes.**
12 Q So is that what the two stripes --
13 A **Yes.**
14 Q -- signify, that you are a Corporal?
15 A **Yes, sir.**
16 Q Okay. So what do you have to do if you have it, in
17 the hierarchy of Sergeant, what do you do to become a
18 Sergeant in Dearborn?
19 A **From what I've heard is you have to take a written**
20 **exam; you have to go in front of, I believe a Board.**
21 **I know things have changed recently. But I do know**
22 **you have to take a written Exam.**
23 Q Okay. So in terms of four years, you do four years,
24 and is it automatic that you become a Corporal or do
25 they have to --

21

1 A **It's automatic.**
2 Q Hey we are doing good. Just slightly you answered
3 before I finished. I have no problem with it,
4 because it was right on time. So that was good. But
5 I'm just saying for the Stenographer.
6          And a lot of times what's going
7 to happen, or maybe you can anticipate what I am
8 asking, and you will answer the question before I
9 finish. That routinely happens. That's no big deal.
10 But if it happens, I am not being offensive, but I
11 might ask you to restate your answer or something
12 like that, just so the record is clear.
13          MR. LEWIS: That way the written
14 record comes out question, answer, question, answer,
15 to the extent visible.
16          THE WITNESS: I got you.
17 BY MR. HALL, CONTINUING:
18 Q So in any event, you become a Corporal, and does your
19 duties expand when you become a Corporal or what
20 happens?
21 A **No, they don't.**
22 Q You still work in the Community on the road?
23 A **Absolutely, yes.**
24 Q Okay. And specifically you became a Corporal in what
25 year?

22

1 A **2013.**
2 Q Now after you became a Corporal, did you have to do
3 any additional training? Well let me ask you a
4 different question then. I would assume that in your
5 Department, there is some regular training that you
6 have to take from time to time, training, policies,
7 procedures --
8 A **Yes.**
9 Q -- updates? Okay. So after 2013, when you became a
10 Corporal, did you -- was it mandatory that you take
11 any additional training, be it in-house or outside?
12 And when I say outside, I mean where you might go
13 somewhere for a seminar or something like that.
14 A **Yes.**
15 Q What additional training did you have after 2013, if
16 any, if you recall?
17 A **I had counter ambush training on traffic stops. I**
18 **had firearms instructor training.**
19 Q Let me stop you before you go further. Do you
20 maintain a matrix of the training that you've had
21 since 2013 or matrix or any kind of diary or
22 documentation as to what -- all of the training
23 courses that you've has since 2013?
24 MR. LEWIS: You mean does he do
25 that personally?

23

1 MR. HALL: Yes.
2 BY MR. HALL, CONTINUING:
3 Q Did you maintain it personally?
4 A **No.**
5 Q Okay.
6 A **No.**
7 Q Does the Department maintain, in your personnel file,
8 a list and registration of all of the training that
9 you've had, the seminars and this additional
10 training?
11 A **I would venture to guess, yes.**
12 Q I mean you notified the Department that you were
13 going to do this or sometimes they direct you to do
14 it?
15 A **Yes.**
16 Q Both?
17 A **Yes, they do.**
18 Q They direct you and sometimes you might --
19 A **They sign off on whether or not I can go to whatever**
20 **training.**
21 Q So you said counter ambush training?
22 A **Yes.**
23 Q When was that?
24 A **I don't know.**
25 Q Okay. How long, if you remember, how long did that

24

1 seminar or that course take?
2 A **I believe a week.**
3 Q Do you do it locally, and when I say locally, I mean
4 in the Region -- in this Region, or did you have to
5 go somewhere else?
6 A **I did it in this Region.**
7 Q Okay. Now in terms of the counter ambush training,
8 and this is for traffic stops --
9 A **Yes.**
10 Q Did you maintain the manual? Was there some training
11 material that you received?
12 A **There was a, all we had was a thumb drive.**
13 Q That's the way it goes now. I am really somewhat
14 interested in it, because when you talk about counter
15 ambush training and traffic stops, well then that
16 starts getting you prepared for split second
17 determinations about whether or not you are going to
18 use force or de-escalate or what you are going to do.
19 Some of that was addressed in
20 that seminar, is that correct?
21 A **Yes.**
22 Q Okay. Who taught that course?
23 A **I forgot his name.**
24 Q Well what's the overall, do you remember the overall
25 name of it, if you don't remember the individual, for

25

1 instance, if he was from any particular Association.
2 A **I'm sorry, Troy Police Department.**
3 Q Could that have been 2015, 2016, 2017? I'm asking
4 you to guess now, when you could have taken the
5 course.
6 A **Oh, the date?**
7 Q Yes. The year, because I know you can't get the
8 date.
9 A **No, it was, I believe it was in 2021.**
10 Q You indicated that after becoming a Corporal, there
11 was some other training that you received. You had
12 listed one, and I didn't write it down. What was the
13 other one?
14 A **Firearms Instructor.**
15 Q You became a Firearms Instructor?
16 A **Yes, sir.**
17 Q So did you have to draw back from some of your
18 Military training and experience?
19 A **What do you mean?**
20 Q In the Military you learned how to use a firearm too?
21 A **Yes.**
22 Q So now you went to Firearm Instructing School. Was
23 it kind of related to what you had learned in the
24 Military or you had some sort of --
25 MR. LEWIS: Objection.

26

1          MR. HALL: -- up on the others?
2          MR. WILLIAMS: I will object to
3    the form. You can answer Tim, if you can.
4          THE WITNESS: No.
5    BY MR. HALL, CONTINUING:
6    Q   So any event, where did you take this course?
7    A   **I took it at Schoolcraft Academy.**
8    Q   When did you do that?
9    A   **Around the same time as the last class.**
10   Q   2021?
11   A   **2021, 2022.**
12   Q   Okay. How long was that course?
13   A   **I believe that was a week as well.**
14   Q   Is there levels of -- well, did you get a
15       certificate after?
16   A   **I believe I received a certificate, yes.**
17   Q   Okay. And is there levels of Firearm Instructors?
18       Like Accident Reconstructionist, like there is
19       A,B,C,D --
20   A   **Not that I know of.**
21   Q   Are you an Instructor now with firearms? You're a
22       Firearms Instructor?
23   A   **Yes.**
24   Q   And do you teach that to members in your Department,
25       or do you also conduct seminars outside of the

27

1        Department
2    A   **Just within the Department.**
3    Q   Okay. When individuals, new hires, they come from
4        the Academy, do you train them about firearms?
5    A   **Yes.**
6    Q   Okay. And you've been doing that a couple years --
7    A   **No.**
8    Q   -- training?
9    A   **No.**
10   Q   How long have you been training in firearms?
11   A   **With new hires?**
12   Q   Yes.
13   A   **Two months.**
14   Q   When did -- prior to doing new hires, were you
15       training anyone else in firearm safety and firearm
16       instructions?
17   A   **I did not at that point, no.**
18   Q   Okay. So you attained a certificate and you didn't
19       start utilizing it until a point later, mis that
20       correct?
21   A   **Yes.**
22   Q   Any other important training that you can think of?
23   A   **That's all I know of.**
24   Q   ???????
25   Q   With the Dearborn Police Department, do they keep

28

1        performance evaluations of Corporals? For instance,
2        are you evaluated on a semi-yearly basis or yearly
3        basis or what if any?
4    A   **It's usually, I believe a yearly basis.**
5    Q   And who does the evaluations?
6    A   **The immediate Supervisor.**
7    Q   So when you say an immediate Supervisor, what rank is
8        that person, generally?
9    A   **That's a Sergeant.**
10   Q   During the period of time that you've been a
11       Corporal, you've never been demoted, have you?
12   A   **No.**
13   Q   Have you received any awards for anything during the
14       course of your tenure with the Dearborn Police
15       Department?
16   A   **Yes.**
17   Q   For what, if you recall?
18   A   **Accommodations, I believe that's what it was,**
19       **Accommodation.**
20   Q   For what, if you remember?
21   A   **A gentleman with a gun up on Tireman, was holding his**
22       **Grandparents hostage. This gentleman exited the**
23       **backdoor, walked towards me, had a gun in his**
24       **waistband and took off running. I chased him up into**
25       **Detroit --**

29

1    Q   By car or foot?
2    A   **By foot.**
3    Q   Okay.
4    A   **He threw his gun, and I was able to apprehend him.**
5    Q   Did you retrieve the firearm?
6    A   **Yes. Lifesaving award --**
7    Q   When was that --
8    A   **I'm sorry.**
9    Q   What year was that, if you recall?
10         MR. LEWIS: Just do the best you
11   can Tim. I understand it's an approximation. Do the
12   best you can.
13         THE WITNESS: I'd say 2016.
14   BY MR. HALL, CONTINUING:
15   Q   Okay.
16   A   **2017.**
17   Q   And that's my fault. When I am asking you to guess
18       or speculate, I should tell you. Counsel is right.
19       Okay.
20         MR. LEWIS: You said something
21   about a lifesaving award. I think that's where you
22   left off.
23         THE WITNESS: Yes.
24   BY MR. HALL, CONTINUING:
25   Q   What was that about?

30

1　A　A child got hit by a car, just off of Ford Road, and
2　he was under the car. I was able to get a carjack,
3　jack the car up, and we retrieved the child from
4　underneath the car. He suffered a cracked skull,
5　broken legs, broken hips, broken feet.
6　　　　　　I believe he broke his ribs, and
7　we retrieved him, pulled him out; stayed with him.
8　Bleeding from the ears.
9　　　　　　MR. LEWIS: Take your time. You
10　are doing fine.
11　　　　　　THE WITNESS: I'm sorry.
12　　　　　　MR. LEWIS: It's okay. Take your
13　time.
14　　　　　　THE WITNESS: Rescue came, and we
15　were able to close off traffic. You know, he did
16　fine.
17　　　　　　MR. HALL: Beautiful.
18　　　　　　THE WITNESS: I'm sorry.
19　BY MR. HALL, CONTINUING:
20　Q　That's okay. We got enough of it, and I appreciate
21　that, you sharing that. And so we got enough. Any
22　other positive things that you want to speak about?
23　A　Police Officer of the Year for POAM. That was in, I
24　believe 2017. Some gentlemen came into the station
25　with rifles. I was working the desk that day. And

31

1　me and my Sergeant handled that situation.
2　Q　I saw that.
3　A　We were able to de-escalate the situation. We took
4　control of the scene, and nobody got hurt.
5　Q　That's still online. Let me ask you this. In terms
6　of when you received the accommodation for chasing
7　the gentleman that had the firearm, and you chased
8　him into Detroit to retrieve the firearm, and you
9　also apprehended the guy --
10　A　Yes.
11　Q　-- well, you indicated that with respect to that
12　person, you happened to see a firearm in his
13　waistband --
14　A　Yes.
15　Q　-- is that correct? In terms of when you made that
16　observation of the firearm on his waistband, did you
17　receive a radio transmission to cause you to be in
18　the area, or what caused you to be in that area?
19　A　Dispatch advised Officers that this subject was
20　holding his Grandparents hostage, at gunpoint.
21　Q　And when you arrived, you said he came outside?
22　A　Yes.
23　Q　Okay. So at that point in time, you had, I guess you
24　could have believed that he had been a felon, that he
25　had committed --

32

1　A　Yes.
2　Q　-- a felonious act; is that correct?
3　A　Yes.
4　Q　And so then you saw him in possession of the firearm.
5　So you demonstrated a great deal of restrain at that
6　point in time; is that correct?
7　A　Restraint to the extend that he came out, and you
8　still saw a weapon; you had the transmission in your
9　head about he was holding someone hostage with a
10　firearm, so that was a felon; could have been
11　kidnapping or a host of other criminal acts.
12　　　　　　So then you see him come out, he
13　has the weapon, and you do not shoot him?
14　　　　　　MR. LEWIS: Object to the
15　form.
16　BY MR. HALL, CONTINUING:
17　Q　Do you understand the question that I asked you?
18　　　　　　MR. LEWIS: It was a little long.
19　　　　　　MR. HALL: I know.
20　　　　　　MR. LEWIS: That's the reason --
21　　　　　　MR. HALL: Okay.
22　BY MR. HALL, CONTINUING:
23　Q　So you didn't shoot the person upon seeing him; is
24　that correct?
25　A　No.

33

1　Q　And then you indicated that you chased him. So did
2　he turn around and run away from you --
3　A　Yes.
4　Q　-- or did he try to run past you?
5　A　He turned around and ran away.
6　Q　In opposite of you?
7　A　Most people run away from me.
8　Q　Okay. And during the period of time that you were
9　pursuing him, how long did he run before he
10　ultimately dropped his weapon or threw it away?
11　A　Roughly seventy yards.
12　Q　Okay.
13　A　Fifty to seventy yards.
14　Q　Okay. And during that fifty to seventy yards, did
15　you ask him to drop the weapon or did you make any
16　commands?
17　A　I did. I told him to drop his gun, and I advised the
18　other Officers on scene that he had a gun.
19　Q　So that was a method of de-escalation; is that
20　correct?
21　A　Yes.
22　Q　So you have had training with respect to de-
23　escalation?
24　A　Yes.
25　Q　And you've had training about the use of force and

34

1   when to use it; is that correct?
2 A   Yes.
3 Q   And in terms of your training with respect to de-
4   escalation and use of force, when was the last time
5   you had training with respect to that?
6           MR. LEWIS: I would object to the
7   form. You can answer.
8           THE WITNESS: I believe it was
9   last Spring.
10 BY MR. HALL, CONTINUING:
11 Q   So we are talking about 2022?
12 A   Yes.
13 Q   And this incident --
14           MR. LEWIS: You looking for the
15   date?
16           MR. HALL: I don't want to get
17   the date wrong, yes.
18           MR. LEWIS: It's December 18,
19   2022.
20           MR. HALL: Yes, December.
21 BY MR. HALL, CONTINUING:
22 Q   So you had the training before the incident on
23   December 18, 2022; is that correct?
24 A   Yes.
25 Q   So in terms of the training that you received

35

1   regarding de-escalation and use of force, when was it
2   that -- I'm sorry. You said it was in the Spring of
3   2022?
4 A   Yes.
5 Q   Where was that training? Was that in-house training
6   or did you go somewhere for that particular training?
7 A   That was in-house.
8 Q   Okay. Now when you were having the in-house
9   training, was that training regarding the policy that
10   the Department had, your Department had with respect
11   to de-escalation and use of force policy?
12 A   I believe so.
13 Q   Was a Sergeant or another superior Officer, was he
14   the one that was doing the lecturing, or was it an
15   outside person?
16 A   It was within the Department.
17 Q   All Department?
18 A   Yes.
19 Q   Okay. Who offered that training or was heading that
20   training, if you recall?
21 A   I don't know.
22 Q   Okay. How many days did you guys deal with the de-
23   escalation and use of force policy?
24 A   I believe it was a day.
25 Q   During that particular day, did they give you a thumb

36

1   drive or did they give you any written material?
2 A   I don't remember.
3 Q   And do you maintain a copy of the policy, the de-
4   escalation policy and the use of force policy?
5 A   Do I personally?
6 Q   Yes, keep it, at home or something?
7 A   Yes.
8 Q   With respect to the situation in 2017, as I recall,
9   individuals came into the station; two guys came into
10   the station; one of them had a weapon, maybe both of
11   them, but it was a weapon, is that correct?
12 A   Yes.
13 Q   And the weapon was out?
14 A   Yes.
15 Q   And a long gun and a short gun or multiple weapons,
16   what do you recall?
17 A   I believe the main weapon was a long gun.
18 Q   Okay. Now when this person walked into the station,
19   was any civilians in the station?
20 A   There was.
21 Q   How many civilians did you see?
22 A   There was one.
23 Q   Was it a male or a woman?
24 A   It was a male.
25 Q   A male did you say, I'm sorry?

37

1 A   Yes, a male.
2 Q   Now in terms of your use of force policy, one of the
3   things that you are conscious of is whether or not an
4   actor, or let's say the person who had the firearm,
5   whether or not they could visit harm upon anyone in
6   the Community, that's something that you take into
7   consideration when you act; is that correct?
8 A   Yes.
9 Q   So what's the thought when there is a citizen that's
10   present, what does your policy tell you?
11           MR. LEWIS: I'd object to the
12   form.
13 BY MR. HALL, CONTINUING:
14 Q   Does your policy speak to anything about another
15   person being present, civilian?
16           MR. LEWIS: I'm not sure he knows
17   what the question is. I don't know what the question
18   is.
19           THE WITNESS: It just isn't
20   clear.
21 BY MR. HALL, CONTINUING:
22 Q   This is exactly what I asked you to do. If you don't
23   understand something, this is what we should do. So
24   what I am indicating and asking, the policy in this
25   case -- strike that. In this case you made

Coproal Timothy Clive -  May 31, 2023

38

1  reference to the fact that 2017 two guys come in; one
2  has a long gun and maybe some other weapons, is that
3  correct?
4  **A  Yes.**
5  Q  You also indicated that there was a male citizen
6  within the close of the Department, the lobby area,
7  is that true?
8  **A  Yes.**
9  Q  Okay.  So now you have a citizen, one of the concerns
10  that you have, is whether or not this person could
11  visit some harm upon the citizens who you've sworn to
12  protect, is that true?
13  **A  Yes.**
14  Q  Okay.  So you have to make some quick decisions about
15  what you are going to do?
16  **A  Yes.**
17  Q  Where were you at the time the person walked into the
18  station with the firearm, these two guys that came
19  in, where were you in the station?
20  **A  I was in the lobby.**
21  Q  Okay.  So I have been in your lobby multiple times.
22  So there is a glassed in area --
23  **A  Un-huh.**
24  Q  -- where generally law enforcement is behind the
25  glassed in area, then there is a lobby.  I am just

39

1  going to call it a lobby, the area where the citizens
2  can sit --
3  **A  Yes.**
4  Q  -- and to the right there is the stairs to go
5  upstairs to the Detective Bureau.  So you were in the
6  actual, what I've described as the lobby, you were in
7  the lobby when these guys walked in?
8  **A  Yes.**
9  Q  So was any other Officers with you at the time they
10  walked in?
11  **A  Yes.**
12  Q  And was it happenstance that you happened to be in
13  the lobby, or were you anticipating the visitation by
14  these individuals?
15  **A  We saw them on camera.**
16  Q  Okay.  And when you say you saw him on camera, where
17  did you first pick him up at?
18  **A  I was advised by my Sergeant that they were entering**
19  **from the East log parking lot.**
20  Q  How did you receive that transmission or information?
21  **A  Through shouting.**
22  Q  Okay.  Because I was wondering if it was a radio
23  transmission or was it verbal?  So you heard it
24  verbally.  So when you hear this, you were already in
25  the lobby or you wee back behind the glass or behind

40

1  the door where, for instance a Lawyer can walk
2  through the door to go and see an inmate.
3          Were you behind the door area
4  first when the Sergeant was shouting?
5  **A  I was behind the glass, where the desk is.**
6  Q  Okay.  And so the Sergeant is shouting that
7  individuals are coming into the station?
8  **A  Yes.**
9  Q  And after you heard that information that they were
10  coming, you came out from behind the glass?
11  **A  Yes.**
12  Q  And you went over to the door, and you had to exit
13  the door to come into the lobby.  Let me try to do
14  something.  And I am not good at this.  Before I
15  mark it, let me ask you if you can recognize it.  I
16  probably should have asked you to draw it.
17          But ultimately we are going to
18  get into this some more, because we have a lobby area
19  too.  Even though we've got a video, I think that
20  this is okay also.  I don't have any problem.
21          MR. LEWIS:  I don't have any
22  problem with the diagram.  I would ask that, you
23  know, we've been at this for fifty minutes, and we
24  have not gotten to the incident in question yet.  So
25  to --

41

1          MR. HALL:  Yes, we are coming to
2  that.
3          MR. LEWIS:  -- to the extent we
4  could speed it along, I would appreciate it.
5          MR. HALL:  Yes, we are coming
6  there.  Thank you.
7          MR. LEWIS:  Sure.
8          MR. HALL:  And just for the
9  record I want you know that I was familiar with this
10  particular incident.  So the Corporal brought it up,
11  and I was going to address it.
12          MR. LEWIS:  I understand.
13          MR. HALL:  So this is good.
14          MR. LEWIS:  The incident that you
15  are talking about is mentioned in the Complaint --
16          MR. HALL:  Yes.
17          MR. LEWIS:  I don't think it has
18  any relevance, but it's in the Complaint.  So I
19  understand why you are asking the questions you are
20  asking, but if we can --
21          MR. HALL:  And you understand why
22  we have it in the Complaint, for whatever --
23          MR. LEWIS:  I don't think it has
24  any relevance.  But that's an issue for another day.
25          MR. HALL:  Okay.

42

1  BY MR. HALL, CONTINUING:
2  Q   In any event, this particular diagram, is this any
3      type of representation of the entryway into the
4      Police Department?
5  **A   Roughly.**
6  Q   So you were behind the desk, you hear a Sergeant,
7      where was the Sergeant who made the statement about
8      individuals were coming?  So he was back here?  Was
9      he on that elevated area --
10 **A   Yes.**
11 Q   -- is the elevated area in the back?
12 **A   Yes.**
13 Q   So he's back there, and this is the Sergeant?  I
14     think I am going to mark it.  I don't know if it is
15     going to take us anywhere.
16         (Whereupon Exhibit One was marked
17      for identification by the Court Reporter)
18 BY MR. HALL, CONTINUING:
19 Q   In any event, the rough diagram that I created is
20     Exhibit One of your Deposition, Corporal.  In any
21     event, you received the information; so this is where
22     the door is; is that correct, where I have door on
23     the diagram?
24 **A   Yes.**
25 Q   Roughly?

43

1  **A   Roughly, yes.**
2  Q   So you came from behind the desk and out the door?
3  **A   There's a door here, a little hallway --**
4  Q   Yes.
5  **A   -- and the elevator over here.  There's a door here**
6      **that allows us to come down off of that front desk.**
7  Q   Okay.
8  **A   He yelled, there's men entering the building with**
9      **rifles.  A citizen was up here.**
10 Q   Okay.  I put a C and I circled it.
11 **A   I ran up, grabbed him.**
12 Q   And technically, this is West, and coming into the
13     building is East?
14 **A   Yes.**
15 Q   Okay.
16 **A   Yes.  I brought him back in behind the secure area,**
17     **and I handed him off to some other Officers, to get**
18     **him out of the situation.**
19 Q   Okay.  Good.  And so after you did that, you came
20     back out the door or you came back into the lobby
21     area or what did you do?
22 **A   When I brought him in --**
23 Q   Yes.
24 **A   -- my Sergeant had already entered the lobby as they**
25     **were walking in.**

44

1  Q   Okay.  Who was your Sergeant, by the way, at that
2      time if you recall?
3  **A   Sergeant Garrison.**
4  Q   Okay.
5  **A   I entered the lobby to be with him, and to help**
6      **protect him as well.**
7  Q   Okay.  So now you are confronted with two individuals
8      that come in, but also you were equipped with
9      information that these individuals have, potentially
10     firearms, is that not correct?
11 **A   I was told they had firearms.**
12 Q   Okay.  You don't know if they are real or not at this
13     point, but I understand the caution.  I'm with you.
14     So you have information individuals with firearms?
15     By the way, you didn't have an opportunity to see the
16     video or the camera system that your Sergeant saw, is
17     that correct?
18 **A   That's correct.**
19 Q   So relying on your Sergeant, you did -- you got the
20     citizen out of potentially harms way, and then you
21     come back out and you confront these guys.  What did
22     you do then?
23 **A   We advised them to drop their weapons.**
24 Q   Why did you do that?
25 **A   Because the way that the subject was dressed, the**

45

1      **fact that he had --**
2  Q   Let me just stop you a moment.  How was the subject
3      dressed?  What made you --
4  **A   He had body armor -- I'm sorry.  He had body armor**
5      **on.**
6  Q   Okay.
7  **A   He had, from what I saw, bavaclava (ph).**
8  Q   Who?
9  **A   A bavaclava is a facemask --**
10 Q   Okay.
11 **A   A face covering.**
12 Q   Okay.  I am not familiar with that terminology.
13 **A   We also noticed his partner had cameras attached to**
14     **his shoulder.  We didn't know if it was going to be a**
15     **live televised shooting at that point.**
16 Q   So have you read any studies where individuals have
17     confrontations with Law Enforcement and they have
18     suicidal ideations or are in effect trying to commit
19     suicide?  Have you read any of those studies and
20     reports?
21 **A   I have not.**
22 Q   During any of your training and experience, was there
23     ever any discussion about utilizing Law Enforcement
24     to help them commit suicide?
25 **A   I'm sorry?**

46

1  Q   Help them commit suicide. I can do an act, and
2      really what I am trying to do is get you to shoot me.
3  A   **Yes, I know what you are talking about.**
4  Q   You've read some of that or you've had discussion
5      about that as a Law Enforcement person?
6  A   **Yes.**
7  Q   Which one was it? Was it some training or just
8      that's communication that's discussed among fellow
9      Officers?
10 A   **I don't know.**
11 Q   Well you know if you read a study or so.
12 A   **A study, no.**
13 Q   You might remember.
14 A   **A study, no.**
15 Q   In any event, what did you tell these guys when you
16     saw them?
17 A   **We told them to drop their weapons.**
18 Q   Let me ask you this, why did you come from behind the
19     desk, in the safety of the desk, to come back out
20     into the lobby?
21 A   **The safety?**
22 Q   Yes, of the desk area.
23 A   **I don't believe it's safe.**
24 Q   Why is that?
25 A   **I just don't believe it's safe.**

47

1  Q   Yes, but I get what you are saying, that you don't
2      believe it's safe. Is there any particular training
3      or anything that causes you to believe that it's not
4      safe?
5          MR. LEWIS: I'd object to the
6      form.
7  BY MR. HALL, CONTINUING:
8  Q   Have you had any studies or anything of that sort
9      where individuals have tried to penetrate the glass
10     with a projectile?
11 A   **No.**
12 Q   Okay. So when you say it's not safe, can you explain
13     that more?
14 A   **I don't believe it's safe.**
15 Q   Okay. And that's your personal belief, is that
16     correct?
17 A   **Yes.**
18 Q   And it's not based upon any empirical data that you
19     had or any studies or anything of that sort?
20 A   **I don't have any studies.**
21 Q   And not testing that you are familiar with?
22         MR. LEWIS: What isn't safe, the
23     desk?
24         MR. HALL: No. There is a glass
25     right here.

48

1          MR. LEWIS: Are we talking about
2      glass?
3          MR. HALL: Yes. The question
4      was, I asked him, why did he come from behind the --
5          MR. LEWIS: Right.
6          MR. HALL: -- glass, and he said
7      that he didn't believe it was safe.
8          MR. LEWIS: Correct. And my
9      question was, what is it? What isn't safe?
10         MR. HALL: The glass. I am
11     talking about glass.
12         MR. LEWIS: I'm just trying to
13     confirm that we're talking about glass or the desk
14     area or both of those things.
15         MR. HALL: Okay.
16 BY MR. HALL, CONTINUING:
17 Q   You understood what I was talking about?
18 A   **I thought you were talking about the desk area.**
19 Q   Right. That has glass around it. The glass is
20     around it, right. And I indicated to you, why would
21     you leave the safe area, and you just said that you
22     didn't believe it was safe.
23 A   **No, I don't, especially with a rifle.**
24 Q   Right. And then I asked you about any empirical data
25     or studies that you were aware of about this

49

1      particular glass?
2  A   **I don't know anything about studies.**
3  Q   Okay. And so then I was talking about whether or not
4      you have any knowledge of any projectile being able
5      to penetrate the glass, and you said you did not know
6      of any.
7  A   **No.**
8  Q   Okay. So in any event, you are telling the guys to
9      put the weapons down --
10 A   **Yes.**
11 Q   -- is that correct?
12 A   **Yes.**
13 Q   Ultimately they put the weapons down, is that
14     correct?
15 A   **Yes.**
16 Q   Okay. And then they were taken into custody?
17 A   **Yes.**
18 Q   There again you were involved in a de-escalation, and
19     you were dealing within your mind, I would take it,
20     your use of force policy; is that correct?
21         MR. LEWIS: Object to the form.
22 BY MR. HALL, CONTINUING:
23 Q   You had a de-escalating policy in 2017; is that true?
24 A   **Yes.**
25 Q   Okay. And you had a use of force policy in 2017?

50

1 **A**  Yes.
2 **Q**  Okay.  And you were conscious of that when you were
3 making these decisions as well as protecting the
4 public, that being the citizen, in the acts that you
5 took --
6 **A**  Yes.
7 **Q**  -- the action that you took?
8 **A**  Yes.
9 **Q**  Okay.
10           MR. HALL:  Let me go off the
11 record for a second.
12           (Whereupon a brief recess was
13 taken at or about 2:01 p.m.)
14 BY MR. HALL, CONTINUING:
15 **Q**  Just so happen I have a copy of a video, and it's
16 still online. I think this is where Sam -- I mean
17 where Mr. Bazzi received them or picked it up from.
18 I'm not computer literate like this.
19           But I'm going to have to start
20 it, then I am going to have to ask you if you
21 recognize anything, yourself really, so that I can
22 authenticate it, then I'm going to ask Sharon to put
23 a notation as it being marked, and I am going to use
24 it as Exhibit Two after I have you authenticate it.
25           MR. LEWIS:  Just so I know, is

51

1 this on YouTube or --
2           MR. BAZZI:  This is on YouTube.
3           MR. LEWIS:  This is on YouTube.
4           MR. LEWIS:  Okay.
5           MR. BAZZI:  Now I recorded it off
6 of YouTube, so we are not streaming this.
7           MR. LEWIS:  Okay.
8           MR BAZZI:  I recorded it off of
9 YouTube.  So this is now an MP4 copy.
10 BY MR. HALL, CONTINUING:
11 **Q**  Can you see it, because the glare, I have a little --
12 **A**  I am good.  Thank you.
13           **(Whereupon Exhibit Number Two was**
14 **marked for identification)**
15           **(Whereupon the video is being**
16 **played at this time)**
17           MR. HALL:  Stop, Mr. Bazzi.  I
18 thought it was audible.  It's not?
19           MR. BAZZI:  It is.
20           (Whereupon the video is being
21 played at this time)
22           MR. HALL:  Okay.  Hold on.
23 Reduce it.  Let's go back.
24           MR. LEWIS:  How long is this?  I
25 have no idea how long this is.

52

1           MR. BAZZI:  Two minutes and
2 thirty-five seconds.
3           (Whereupon the video is being
4 played at this time)
5           MR HALL:  Stop there.
6 BY MR. HALL, CONTINUING:
7 **Q**  Corporal, do you recognize anything depicted in the
8 video?
9 **A**  Yes.
10 **Q**  Okay.  And do you quarrel with the fact that it
11 appears to have been a date of February 5 of 2017?
12 **A**  **Yes, I agree.**
13 **Q**  I don't know if that time is near accurate, but I
14 will just ask you.  This looks like, I don't know.
15 It's like a combination of Military and something
16 else.  Was it 2:42 to --  see, I don't understand
17 the twenty-five on it.
18 **A**  **I believe it's 2:42 and twenty-five seconds.**
19           **(Whereupon the video is being**
20 **played at this time)**
21 BY MR. HALL, CONTINUING:
22 **Q**  Who is speaking?
23 **A**  **Myself and Sergeant Garrison.**
24 **Q**  What words do you recall you saying?  Or I can play
25 it again and you can tell me which one is your voice.

53

1 **A**  Pu it on the ground.
2 **Q**  So that was your voice?  That's right, I remember me
3 asking that.
4 **A**  **We are both saying that.**
5 **Q**  Okay.  So I am trying to distinguish what was your
6 voice and then your Sergeant's voice.
7 **A**  **Sergeant's got a deeper voice. I have a more**
8 **feminine sounding voice, I guess.**
9           MR. HALL:  Let's go.
10           (Whereupon a video was being
11 played at this time)
12 BY MR. HALL, CONTINUING:
13 **Q**  Well who said I would shoot you?
14 **A**  **That was me.**
15 **Q**  Okay.
16           (Whereupon the video is being
17 played at this time)
18 BY MR. HALL, CONTINUING:
19 **Q**  That's you speaking?
20 **A**  **Yes.  Sorry about the language.**
21           **(Whereupon the video continued**
22 **playing)**
23 BY MR. HALL, CONTINUING:
24 **Q**  That looked like it was another Officer that walked
25 back up into the desk area where the glass was.

54

1      MR. HALL: Go back just a second
2  or two, Sam.
3          (Whereupon the video is being
4  played at this time)
5  BY MR. HALL, CONTINUING:
6  Q   Who is that?
7  A   I can't tell.
8  Q   Okay.
9          (Whereupon the video is being
10 played at this time)
11         THE WITNESS: I can't -- there
12 is a glare.
13         MR. HALL: Yes.
14         (Whereupon the video is being
15 played at this time)
16         MR. LEWIS: Is that the end?
17         MR. BAZZI: That's the end.
18 There are some captions that come up from the
19 individual who posted the video, but they are
20 irrelevant to us. So was this posted by the
21 individual, one of these guys, obviously?
22         MR. BAZZI: I'm not certain. The
23 name doesn't -- on the page, it doesn't indicate who
24 they are.
25         MR. HALL: Okay.

55

1  BY MR. HALL, CONTINUING:
2  Q   So during that particular event on February 5 of
3      2017, there was several policies that were in play at
4      that point in time, one, the de-escalation and use of
5      force, is that correct?
6  A   Yes.
7  Q   Now let me ask you this. Now earlier we were talking
8      about or I made a comment and might have asked you a
9      question about what you've heard about individuals
10     who might have confrontations with the Police and
11     they are trying to commit suicide, remember we were
12     talking about that briefly?
13 A   Yes.
14 Q   Okay. In terms of when these individuals were
15     walking into the station, did you give some
16     consideration as to whether or not they had a mental
17     illness?
18 A   No.
19 Q   Okay. Also, you determined that you were going to
20     utilize techniques for de-escalation, is that
21     correct?
22 A   Yes.
23 Q   And obviously it was fruitful after this particular
24     incident; is that correct?
25 A   Yes.

56

1      MR. LEWIS: Just so I'm clear is
2  Exhibit Two the video?
3      MR. HALL: The video.
4      MR. LEWIS: Somehow that's going
5  to be part of this record?
6      MR. HALL: Yes.
7      MR. LEWIS: How is it going to be
8  part of the record, just for my own edification?
9      MR. HALL: Since we looked at it,
10 and was making reference to it, I --
11     MR. LEWIS: I understand, but how
12 do we make it part of the record, mechanically?
13     MR. HALL: Okay. I follow you.
14     MR. LEWIS: A thumb drive or
15 something? How do you produce a copy of --
16     MR. HALL: Yes, right. I have
17 got to give you a copy and --
18     MR. LEWIS: however we are going
19 to do it, I'm sure we will be able to figure it out.
20 I just want the record to be clear, Exhibit Two is
21 the video we just watched, two minutes and forty-
22 seven seconds.
23     MR. HALL: And that's what I'm
24 going to tender to you tomorrow.
25     MR. LEWIS: It's okay.

57

1      MR. HALL: But the time frame is
2  good, because remember it was some other stuff on it,
3  and we said we weren't utilizing other people's
4  comments and stuff like that.
5      MR. LEWIS: Right. I think the
6  full video is two forty-seven.
7      MR. BAZZI: Correct.
8      MR. LEWIS: I think the
9  commentary, the graphic commentary comes up at 2:30
10 or 2:35 --
11     MR. BAZZI: After 2:35.
12     MR. LEWIS: Fine. Fine.
13     MR. HALL: Okay. And will you
14 stipulate and agree that the Judge doesn't see that
15 for even what it would be worth, but we are not going
16 to show the Judge the commentary of other --
17     MR. LEWIS: Correct. I mean,
18 just so the record is clear, I think the whole video
19 is irrelevant, but --
20     MR. HALL: Yes, that's okay.
21 That's okay. I mean I am saying I'm not arguing --
22     MR. LEWIS: I got you.
23         (Whereupon Exhibit Number Three
24 was marked for identification by the Court Reporter)
25

Coproal Timothy Clive - May 31, 2023

58

1  BY MR. HALL, CONTINUING:
2  Q  I am going to show you what's been marked as
3     Deposition Exhibit Number Three. First I would ask
4     you to look on the front page and see if you are
5     familiar with that policy.
6  A  Yes.
7  Q  And what is that?
8  A  It's the use of force, general order.
9  Q  Policy, is that correct?
10 A  Yes.
11 Q  Oh, you said general order, okay, that's fine. I am
12    going to direct your attention to page five. That
13    de-escalation. So this is making reference to the
14    portion of the policy or the general order --
15 A  Yes.
16 Q  -- for de-escalation? Also, I think I should have
17    indicated that Exhibit Three has the date of March 15
18    of 2022. That's prior to the incident in question,
19    is that correct?
20 A  Yes.
21 Q  And it was subsequent to the incident that we just
22    had in Exhibit Three, which was the video that we
23    just saw.
24             MR. LEWIS: Exhibit Two.
25             MR. HALL: No, the video was --

59

1     Two, okay. Two, I'm sorry. Exhibit Two.
2  BY MR. HALL, CONTINUING:
3  Q  Let me ask you this. After the incident that
4     occurred at the station in February 5 of 2017, you
5     indicated that you received an accommodation for your
6     conduct on that particular afternoon; is that
7     correct?
8  A  Yes.
9  Q  Was there any additional training given out to other
10    Officers as well as yourself after that particular
11    incident?
12 A  No, not that I remember.
13 Q  Was there any criticisms of you and your conduct on
14    that particular day by your Supervisor or any other
15    supervising Officers?
16 A  No.
17 Q  Okay. And you indicated that on that incident, at
18    the time of that incident, I'm sorry, on February 5
19    of 2017, that there was a de-escalation policy and a
20    use of force policy in force by the Department at
21    that time; is that correct?
22 A  Yes.
23 Q  And you don't know if it was significantly and
24    materially different from the one that we had with
25    the date of March 15 of 2022?

60

1  A  I don't know.
2  Q  Okay. Well, let me ask you this. In terms of your
3     conduct on that date, in February of 2017, did
4     anybody use the venue of that or the Department had a
5     video of it, by camera. Did they use that for any
6     training purposes --
7  A  I don't know.
8  Q  -- for other members of the Department?
9  A  I'm sorry. I don't know.
10 Q  Have you ever had to speak to other members of the
11    Department, new Officers, senior Officers about your
12    decision making on that particular date?
13 A  No.
14 Q  Okay. So you do agree that this was the de-
15    escalation policy that was in place on the date in
16    question, in our Complaint?
17 A  Yes.
18 Q  Okay. Now you indicated that you didn't give
19    consideration to mental illness at the time that you
20    were confronted by these gentleman on February of
21    2017; is that correct?
22 A  Yes.
23 Q  But do you recognized in the policy, and I am looking
24    at the second paragraph, it looks like the last
25    sentence on page five, it indicates that a subject

61

1     may not be capable of understanding a situation
2     because of a medical condition, mental, physical, or
3     hearing impairment. Go over to the next page.
4  A  Okay.
5  Q  That's part of the policy. But you said on the date
6     in February of 2017, you didn't consider any of that?
7  A  No.
8  Q  Okay. Now I am going to direct your attention, if
9     you would, please to page thirteen. Authorization
10    for deadly force, and it makes reference to deadly
11    force being utilized under the following
12    circumstances, and it indicates imminent threat of
13    death or serious bodily harm to the Officers, is that
14    correct?
15 A  Yes.
16 Q  It also says, when feasible, Officers shall identify
17    themselves and give verbal warnings prior to
18    discharging a firearm, as an application of deadly
19    force; is that correct?
20 A  When feasible, yes.
21 Q  And also paragraph two talks about a violent felony
22    crime or an individual that is trying to escape, is
23    that correct, like the incident that you had in 2015,
24    when you didn't shoot the guy, you chased him down?
25             MR. LEWIS: I'd object to the

62

1  form. I think there is four questions in one there.
2              MR. HALL: It is. It's compound.
3              THE WITNESS: Can you repeat
4  that?
5              MR. HALL: Yes.
6  BY MR. HALL, CONTINUING:
7  Q  You made reference to in 2015, I think it was in
8  2015, that you chased an individual that had a
9  weapon; is that correct?
10 **A  Yes.**
11 Q  And that was a situation where that person was trying
12 to escape from having committed a violent crime; is
13 that true?
14 **A  Yes.**
15 Q  And you chose not to shoot him?
16 **A  Yes.**
17 Q  Why didn't you shoot the guy in 2015?
18 **A  He never pulled his gun out, and point it at me and**
19 **pull the trigger and try to shoot and kill me --**
20 Q  Okay.
21 **A  -- or anybody else.**
22 Q  Okay. Well, the information that you had was that he
23 was holding his Grandparent's hostage with a firearm,
24 is that correct?
25             MR. LEWIS: Cyril, I have got to

63

1  object to relevance.
2              MR. HALL: Okay.
3  BY MR HALL, CONTINUING:
4  Q  And you indicated earlier that that could have been a
5  violent felony; is that true?
6  **A  Yes.**
7              MR. HALL: Let's go to the other
8  video.
9              MR. BAZZI: So this is the video
10 that we retrieved from the YouTube page with the City
11 of Dearborn. This was posted by the City.
12             THE WITNESS: Is this from Chief
13 Shahin?
14             MR. LEWIS: This is what was
15 released to the public.
16             THE WITNESS: Okay. I'm sorry.
17             MR. HALL: And we are going to
18 move to mark it.
19             (Whereupon Exhibit Number Four
20 was marked for identification.)
21             MR. LEWIS: Just for the record,
22 this is a twenty-six second video, is that right?
23             MR. BAZZI: Correct.
24             MR. LEWIS: My eyes are going
25 bad.

64

1              (Whereupon the video is being
2  played at this time)
3              MR. HALL: Hold on a second, Sam.
4  BY MR. HALL, CONTINUING:
5  Q  For the record, do you recognize this particular
6  incident?
7  **A  Yes.**
8  Q  And what was the date?
9  **A  December 18 of 2022.**
10 Q  2022?
11 **A  Yes.**
12             **(Whereupon the video is being**
13 **played at this time)**
14 **BY MR. HALL, CONTINUING:**
15 Q  Now it looks like you opened the glass and discharged
16 your firearm?
17 **A  Yes.**
18 Q  And how many times did you discharge the firearm?
19             MR. LEWIS: If you know.
20             THE WITNESS: I don't know. I
21 guess we could count them.
22 BY MR. HALL, CONTINUING:
23 Q  Well, could it have been seventeen times?
24 **A  I don't know.**
25 Q  Okay. I accept that. But I am just saying. The

65

1  reason I asked you that is because I believe, and I
2  could be in error. I believe the Chief made
3  reference to the fact that it was discharged
4  seventeen times in the span of four seconds.
5  **A  Okay.**
6  Q  But in any event, you have training with respect to
7  firearms, you are a Firearm Instructor; is that
8  correct?
9  **A  Yes.**
10 Q  Now with respect to that particular firearm, what
11 type was it?
12 **A  I believe it was a Glock 17.**
13 Q  Okay.
14             MR. LEWIS: That he was using?
15             MR. HALL: Yes.
16 BY MR. HALL, CONTINUING:
17 Q  A Glock 17. So with respect to a Glock 17, during
18 your training and experience with how to use a
19 firearm and about firearms, were there ever any
20 lectures or discussions about how many pounds, square
21 inch of pressure that you have to use to cause the
22 weapon to discharge?
23 **A  I don't recall that.**
24 Q  Okay. Because they don't automatically discharge?
25 **A  I understand.**

66

1 Q  I'm sorry.
2 A  **I understand.**
3 Q  And that's a semi-automatic weapon, is that correct?
4 A  **Yes.**
5 Q  And in order to discharge that particular weapon, you
6    have to keep applying pressure to the trigger, is
7    that correct?
8 A  **Yes**
9 Q  And each time you want to discharge it, you have to
10   apply a certain amount of pressure, and you don't
11   remember the training about the PSI?
12 A  **No, sir.**
13 Q  Okay.  So in any event, every time you shot off a
14   projectile, you had to pull the trigger?
15 A  **Yes.**
16 Q  Okay.  After you discharged the firearm, the first
17   time, did you have occasion to see whether or not the
18   person fell?
19 A  **The person fell?**
20 Q  Yes.
21 A  **The first time I shot?**
22 Q  Yes.
23 A  **I don't recall.**
24 Q  Okay.
25 A  **I don't remember that.**

67

1 Q  In terms of your observations, do you have any
2    recollection as to how many shots you had fired
3    before Mr. Naji had fallen to the ground or the
4    floor?
5 A  **I don't know.**
6 Q  And it is fair to say that when you were discharging
7    the firearm, you were continuously looking at the
8    target though, is that correct?
9 A  **Yes.**
10 Q  And you were concerned about the fact that if you are
11   discharging the weapon in the Police Station, you
12   certainly didn't want to discharge it and it go
13   through the door and window and hit somebody outsider
14   of the building; is that true?
15 A  **That is true.**
16 Q  So it is clear that at the time you discharged the
17   firearm, it appears from the video that you train the
18   weapon and in my vernacular, that means pointed it at
19   the person, Mr. Naji in this particular case, and
20   then you discharged; is that correct?
21 A  **That is correct.**
22 Q  Okay.  Why did you make a decision that you were
23   going to open the glass to do that?
24 A  **Because the glass, I didn't want any obstruction.**
25 Q  Okay.  So you wanted a clear shot at the --  you

68

1    didn't know who he was at that time, the individual
2    at that point, is that correct?
3 A  **I needed to stop that threat.**
4 Q  And so when you opened the glass, you trained on the
5    person, you made a conscious decision that you were
6    going to shoot him?
7 A  **Yes.**
8 Q  And during the period of time that you determined
9    that you were going to shoot him, you were not trying
10   to wound him or anything of that sort --  strike
11   that.
12        You were not trying to
13   distinguish between a non-fatal shooting versus a
14   fatal shooting; is that correct?
15   If you know, you can answer.
16        MR. LEWIS:  I'd object to form.
17 BY MR. HALL, CONTINUING:
18 Q  I see you are having some difficulty with my
19   phraseology Corporal, so let me rephrase it.
20 A  **Okay.**
21 Q  Okay.  When you decided that you were going to shoot,
22   and I know that you don't control if death is going
23   to occur, but in any event when you determined that
24   you were going to discharge the weapon, you intended
25   to strike, is that correct?

69

1 A  **Yes.**
2 Q  Now, after you did that, after about five or six
3    times of having pulled the trigger, did you look to
4    see what the person was doing at the time, after the
5    fifth time you had discharged the weapon?
6 A  **I don't know how many times I discharged the weapon**
7    **at that point in time.**
8 Q  With respect to your weapon, is it your training and
9    experience to have it fully loaded?
10 A  **Yes.**
11 Q  And with respect to your weapon, how many bullets
12   does the --
13 A  **Magazine?**
14 Q  -- magazine, yes.  How many bullets does the
15   magazine hold?
16 A  **Seventeen.**
17 Q  Okay.  Ultimately you give the weapon to someone else
18   after --  during the course of the investigation, you
19   had to give it to another Officer; is that correct,
20   the Supervisor?
21 A  **Yes.**
22 Q  And that Officer would have checked the magazine and
23   made a determination as to how many rounds had been
24   filed, is that correct?
25 A  **At that point, I don't know.**

Coproal Timothy Clive - May 31, 2023

70

1  Q   But at some point there was an investigation; is that
2      correct?
3  A   Yes.
4  Q   And so in terms of the chain of custody, you gave the
5      weapon to who?
6  A   I believe it was Sergeant Leveea (ph).
7  Q   Okay.   And you were through with that weapon for
8      that period of time then; is that correct?
9  A   Yes.
10 Q   Now let me go back and ask you, do you have any
11     recollection at all as to observing, and I may have
12     asked you this, and I don't mean to trifle with it,
13     but do you have any recollection at all as to when
14     Mr. Naji fell, during the course of the discharge of
15     the weapon?
16 A   I don't know.
17 Q   Okay.  Now with respect to -- you didn't know what
18     type of weapon Mr. Naji had, did you?
19 A   No.
20 Q   And let me ask you this.  In terms of when he came
21     into the station, and it's interesting like the last
22     time you made reference, and this is compound,
23     Counsel, it's interesting that the last time a
24     Sergeant saw a person come into the station with a
25     weapon or coming in with a weapon, did you make the

71

1      visual observation of Mr. Naji coming in or did
2      somebody tell you that he was coming in?
3  A   I saw him on a surveillance camera, come through the
4      lobby.
5  Q   And what surveillance camera is that?
6  A   I believe it was right in the lobby, the one we are
7      looking at right there.
8  Q   No.  Could you show me?
9  A   We have a place called position one, and that's where
10     the Sergeant sits, okay?  And we have TV's along
11     position one.  Now each one of those TV's has
12     surveillance attached to it.
13 Q   Hold on a second Corporal.
14 A   Okay.
15 Q   On the video right now, and I don't know what
16     section, I mean what time this is, but on the video
17     here, I see the desk, and I see the part where you
18     opened up.  But in terms of the camera that you are
19     making reference to, where would it be located?
20 A   It would be right inside.  It looks like it's right
21     inside that glassed area.
22          MR. LEWIS:  Maybe you could use
23     Exhibit One.
24          THE WITNESS:  I'm sorry.
25          MR. LEWIS:  If that helps.

72

1          MR. HALL:  It might.  And if it's
2      better --
3          MR. LEWIS:  Don't write on it
4      unless Mr. Hall wants you to.
5  BY MR. HALL, CONTINUING:
6  Q   No, you can write on it, and then you can put your
7      initials wherever you mark.
8  A   I will just point it out.  I will just point it out.
9  Q   Go ahead.  Well, I think you better mark it, because
10     somebody else might look at it.
11         MR. LEWIS:  Go ahead.
12         MR. HALL:  So mark it.
13         THE WITNESS:  Okay.
14         MR. HALL:  There's two halves of
15     the screen here.  What are we marking?
16         MR. HALL:  We are looking on the
17     right half of the screen.
18         MR. LEWIS:  The right half?
19         MR. HALL:  Yes.
20         THE WITNESS:  Okay.  So there is
21     a camera right here, I believe.  I mean there's
22     cameras throughout the whole area, and I don't know
23     where they were set up.
24 BY MR. HALL, CONTINUING:
25 Q   Just for the record, you made a small circle above

73

1      the T or the K/
2  A   Yes.  You want me to initial that?
3  Q   You can.
4  A   Okay.  You have a camera there, and I believe that
5      there's another camera just outside the glass area,
6      which allows me to see who's walking in through the
7      little foyer, okay, that little glass entrance area
8      when they first walk in.
9  Q   Okay.
10 A   Okay.  That's, I believe that's the camera I was
11     looking at.
12 Q   Where is that camera located?
13 A   I believe it's right here, right in front of the
14     desk.
15 Q   Okay.  That's another mark by the Corporal just on the
16     East, well if we were doing the diagram of the
17     station, that's in the East direction --  no, West.
18     That's further West.  But in any event, you think
19     that you were able to see him on that camera, Mr.
20     Naji, when he came in?
21 A   I saw him on the camera, that's why I went up and
22     made contact with him.
23 Q   So where were you when you made these observations?
24 A   I was in the position one desk, the back desk is what
25     it's called.  I was standing there at the back desk.

74

1 Q Where is the back desk?
2 A **Right here.**
3 Q Okay. That's that desk that we talked about earlier,
4 where the Sergeant was and he made the observations
5 when the guys came in, when they came in, in 2017,
6 February of 2017. So you were manning that station
7 then; is that correct?
8 A **No, I was back there talking to another Officer.**
9 Q Okay. And during the time that you're talking to the
10 other Officer, what did you observe or do?
11 A **I saw this subject walk into the lobby.**
12 Q How did you see the subject walk into the lobby from
13 that location?
14 A **There's TV's up here in this area, that are attached**
15 **to these surveillance cameras.**
16 Q And Corporal, why don't you mark or put your initials
17 down here where you say you were located at the time
18 Mr. Naji entered the station.
19 A **I was right here.**
20 Q Okay.
21 A **Okay?**
22 Q Okay. And so you happened to see him on video, and
23 he comes in, and what do you see about it, when you
24 first saw it on video?
25 A **I first said to myself, well, there is a subject up**

75

1 **front, I'm going to go see if I can help them.**
2 Q Okay. So at that point when you first saw him on
3 video, are you saying you did not see what you
4 believe to have been a firearm?
5 A **No.**
6 Q Okay. So what did you do?
7 A **I walked up to the desk area, the front desk area,**
8 **and I don't know if you can hear it on here, but I**
9 **said what's going on, or how can I help, something**
10 **along those lines.**
11 **And that's when he produced a**
12 **gun, pointed it at me and pulled the trigger, in an**
13 **effort to kill me.**
14 Q So he pointed it in your direction, is that correct?
15 A **Yes.**
16 Q And this is just some general Court stuff. I
17 understand what you are saying, but you don't -- you
18 couldn't read his mind at that point, you know what
19 he did, but you couldn't read his mind, so you don't
20 know if it was his intention to kill you, and we will
21 never know that.
22 MR. LEWIS: I'd object to the
23 form.
24 BY MR. HALL, CONTINUING:
25 Q So you indicated that he intended to kill you. If we

76

1 were in a Courtroom, the objection would be
2 sustained, because you can't testify to what's in his
3 mind. You can testify to what he did.
4 MR. LEWIS: Is that a question?
5 MR. HALL: Well it's a little
6 statement of the Law too, and I know you know it too.
7 BY MR. HALL, CONTINUING:
8 Q But In any event, the individual believe -- you
9 believe pointed a weapon in your direction; is that
10 correct?
11 A **I saw him. The camera saw him.**
12 Q Yes, I'm in agreement with you --
13 A **Yes.**
14 Q --with respect to that. So a weapon was pointed.
15 Now with respect to that particular weapon, what type
16 was it?
17 A **What type?**
18 Q Yes. Did you know what type it was when you saw it?
19 A **I don't know.**
20 Q Did you have knowledge as to whether or not it was a
21 real weapon?
22 A **Not at that -- from my experience, I believed it was**
23 **a real weapon.**
24 Q Right. You believed it was, because -- do you know
25 how many fake weapons of that size and caliber are on

77

1 the market? And I know it was no reason for you to
2 study it, but do you know? If you know, just state
3 it on the record.
4 A **No.**
5 Q In any event, you said that you believed it was a
6 weapon. Well, this wasn't a firearm that had a
7 cylinder on it; is that correct?
8 A **A cylinder?**
9 Q Remember like the old forty-fives --
10 A **Oh, a revolver?**
11 Q Revolver, yes. And the cylinder goes around where
12 you can look and you can see the projectile in the
13 different area.
14 A **I know what you are asking.**
15 Q Right. You didn't see any projectiles or bullets
16 contained within this weapon, did you?
17 A **No.**
18 Q Okay. And in terms of what you saw, what was the
19 coloration that you observed?
20 A **Silver.**
21 Q So a silver weapon is pointed in h your direction,
22 then the individual did what with it, that you
23 observed?
24 A **That I observed/**
25 Q Yes.

78

1  **A   He pulled the magazine out from the magazine well. He**
2  **re-inserted said magazine, and he was in the process**
3  **of placing a round into the chamber.  By doing so you**
4  **take the slide, the top part of the semi-automatic**
5  **side arm, pull the slide back, and that loads a round**
6  **into the chamber.**
7  Q   Right.  That's the methodology to doing it?
8  **A   Yes.**
9  Q   Okay.  But you don't know whether or not, and I
10  understand what you are under, but you don't know
11  whether or not, and I understand what you are under,
12  but you don't know whether or not there was a
13  projectile that was going to load or a bullet that
14  was going to load in there, you don't know that.
15         But I understand that you are
16  operating based on what you see; is that correct?
17         MR. LEWIS:  I'd object to the
18  form.
19  BY MR. HALL, CONTINUING:
20  Q   You are operating based on what you see in your
21  training and experience; is that correct?
22  **A   Yes.**
23  Q   So before you saw him make an effort to cock this
24  particular weapon, did you see whether or not he
25  tried to discharge or point it at -- like he is

79

1  flinging the discharge or what did you see before you
2  made the observation of trying to rack it?
3         MR. LEWIS:  I'm sorry, Cyril, I
4  can't follow it.  I apologize.
5  BY MR. HALL, CONTINUING:
6  Q   What did you see before --
7         MR. HALL:  Let's play it.  Let me
8  show you right quick.
9         (Whereupon the video is being
10  played at this time)
11         Mr. hall:  Okay.  Stop.
12  BY MR. HALL, CONTINUING:
13  Q   When the gun was pointed out, did you see where Mr.
14  Naji pointed the gun straight out?
15  **A   He pointed it at me.**
16  Q   Okay.  But it was straight?  We are not disputing it.
17  His arm went out straight?
18  **A   Yes.**
19  Q   Okay.  Now when you made that observation, did it
20  appear to you that he tried to discharge the weapon
21  or not?
22  **A   Yes.**
23  Q   Okay.  The weapon did not discharge, did it?
24  **A   No.**
25  Q   And then after the weapon did not discharge, that is

80

1  when he tried to rack it, subsequent to having
2  pointed it in your direction, is that correct?
3  **A   Yes.**
4  Q   Okay.  So in terms of when the weapon didn't
5  discharge, after it was pointed at you, let's say it
6  was pointed at you.  After it was pointed at you and
7  it didn't discharge, did you make any statements to
8  him to drop it?
9  **A   No.**
10  Q   Did you tell him or try to do anything to deescalate
11  the circumstances?
12  **A   No.**
13  Q   So then you make an observation that he makes an
14  effort to rack the weapon, and then is that when you
15  open the glass?
16  **A   I believe so.**
17  Q   Okay.  Let's play it.
18         (Whereupon the video is being
19  played at this time)
20  BY MR. HALL, CONTINUING:
21  Q   Based on what you just observed, does that appear
22  that you had completely discharged all of the rounds
23  in your weapon?
24  **A   No.**
25  Q   Okay.  You couldn't tell from that?

81

1  **A   I didn't.**
2  Q   Okay.  You didn't what?
3  **A   I didn't discharge all of my rounds.**
4  Q   Okay.  Well you said you didn't know how many rounds
5  you did discharge.
6  **A   If I discharged all of my rounds, my slide would have**
7  **stayed back.  Obviously from the video right there,**
8  **the slide was still forward on my gun.**
9  Q   Okay.  But you don't know how many.  And did you ever
10  read a report back to make a determination as to how
11  many rounds you had discharged?
12  **A   I did read a report, yes.  I had to.**
13  Q   Okay.  So how many rounds were discharged?
14  **A   Seventeen.**
15  Q   And I though you indicated that your weapon holds
16  seventeen or did I misunderstand.
17  **A   There is one in the chamber.**
18  Q   There's one in the chamber?
19  **A   Yes.**
20         (Whereupon the video is being
21  played at this time)
22  BY MR. HALL, CONTINUING:
23  Q   Before you discharge a weapon, you do not give any
24  verbal commands?
25  **A   No.**

Coproal Timothy Clive - May 31, 2023

82

1 Q Now I heard some chatter in the background or noise.
2   I don't know if it was you or someone else that was
3   saying weapon, weapon, is that you?
4 A **I didn't say weapon.**
5 Q Let's play it. I thought I heard somebody say it. I
6   could be in error.
7 A **I shouted gun.**
8 Q That's, I'm sorry, that's what I'm talking about,
9   gun. That was you then speaking?
10 A **Yes.**
11 Q Okay. And when you said gun, you said that about
12   three times?
13 A **I don't know.**
14 Q Yes.
15 A **Several times.**
16 Q When you were saying that, was there somebody behind
17   you that you were speaking to or what was the purpose
18   of that?
19 A **Yes.**
20 Q What were you doing?
21 A **He was sitting back here, and I advised him, through**
22   **saying gun --**
23 Q And for the record you pointed to the --
24 A **Sergeant's area. The position --**
25 Q Okay.

83

1 A **-- yes.**
2       MR. LEWIS: Are we playing this
3   again?
4       MR. HALL: Yes, one more time,
5   please.
6       (Whereupon the video is being
7   played at this time)
8       MR. HALL: Stop it for one
9   second.
10 BY MR. HALL, CONTINUING:
11 Q Hey now see this is where I don't know if this is TV
12   or if this was from your station or what, because it
13   says, I could see on the TV.
14       MR. LEWIS: See what on the TV?
15       MR. HALL: There was noise that
16   said I can see this on the TV. So I didn't know, see
17   this is what happens when we take it from TV or
18   wherever it comes from as opposed to taking it from
19   the station, because I was wondering who was making
20   that statement.
21       I could see it on TV. Play it.
22   Go back and play it. Just listen to it.
23       (Whereupon the video is being
24   played at this time)
25       MR. HALL: No, it was before

84

1   that. I'm sorry.
2       MR. LEWIS: Just start it over
3   from the beginning.
4       MR. HALL: I could see the video.
5   Did you hear that? Okay. Stop, Sam.
6 BY MR. HALL, CONTINUING:
7 Q So, is that you or someone else speaking or is that
8   the TV people?
9 A **I don't know.**
10 Q Okay.
11 A **I don't know.**
12 Q You weren't engaged in that kind of discussion that I
13   could see it on the video or the camera?
14 A **No.**
15 Q Okay.
16       (Whereupon the video is being
17   played at this time)
18       MR. HALL: Okay. Sam, I want to
19 So know -- let's go back to when the arm is pointed
20   straight out.
21       (Whereupon the video is being
22   played at this time)
23       MR. HALL: Stop. Okay. How many
24   seconds are we at, at that point?
25       MR. BAZZI: Eleven seconds.

85

1       MR. HALL: Okay. We are at
2   eleven seconds. And then I want you to stop it when
3   he tries to cock the weapon.
4       (Whereupon the video is being
5   played at this time)
6       MR. LEWIS: I'm not sure that I
7   know what that means when he tries to cock the
8   weapon.
9       MR. HALL: Okay.
10 BY MR. HALL, CONTINUING:
11 Q You know what I'm talking about, Corporal, when I say
12   trying to cock it. That's when you gave us a
13   description of when you are pulling back and try to
14   cause the bullet to go into the chamber?
15 A **That's a --**
16       MR. LEWIS: That's a process.
17       THE WITNESS: Yes, he was in the
18   process, yes.
19 BY MR. HALL, CONTINUING:
20 Q So again, what I am trying to say is that, after the
21   weapon didn't discharge, you didn't say anything to
22   him; is that correct?
23 A **No.**
24 Q And then you indicated that you opened the window and
25   you discharged your weapon seventeen times?

86

1 **A Yes.**
2 Q Okay. Now earlier when we were talking, I asked you
3 whether or not you had any knowledge that the glass
4 could be penetrated by a projectile, and you said you
5 didn't have any data that that could occur, is that
6 correct?
7 **A That's correct.**
8 Q And in addition to that, there is no one else in the
9 lobby at the time that he walks in, is that true?
10 **A That is true.**
11 Q Okay. And Mr. Naji doesn't say anything when he's in
12 the station or did you hear him say anything?
13 **A Nothing.**
14 Q Okay. Now did you give some consideration that he
15 could have been suffering from a mental illness at
16 that point in time?
17 **A Absolutely not.**
18 Q Okay. Had you ever seen him before?
19 **A I don't believe so. And with the mask, I wouldn't**
20 **have known anyway.**
21 MR. HALL: Let's take five
22 minutes.
23 (Whereupon a brief recess was
24 taken at or about 2:59 p.m.)
25 BY MR. HALL, CONTINUING:

87

1 Q Corporal, does your Department use any Administrative
2 incident reports or do you have to fill out something
3 when you use force?
4 **A We do.**
5 Q And what is that called? What is the form called or
6 what is the document called?
7 **A It's called Use of Force Form.**
8 Q And did you have to fill out a use of force form for
9 this incident?
10 **A I did not.**
11 Q Okay. Was there any reason why you did not have to?
12 **A I don't know.**
13 Q Did you try to fill one out then your Sergeant or
14 supervising Officer didn't take it or what happened?
15 **A I don't remember. I didn't even ask.**
16 Q Okay. But based on your training and experience you
17 knew that you should fill out a Use of Force Form; is
18 that correct?
19 **A At that point I may have forgot.**
20 Q Let me ask you this. In terms of when there was an
21 investigation in this particular matter, were you
22 interviewed --
23 **A Yes.**
24 Q -- at all about your decision making and the use of
25 force?

88

1 **A Yes.**
2 Q And who interviewed you, if you recall?
3 **A I believe it was Sergeant Harless.**
4 Q When you were interviewed, well did you have a Union
5 person present?
6 **A Yes.**
7 Q So this was a Garrity Interview?
8 **A Yes.**
9 Q Okay. When you were in the desk area, you didn't
10 chose to walk out from back there to engage in de-
11 escalation --
12 **A No.**
13 Q With the subject?
14 **A No.**
15 Q And during the five to seven seconds when you
16 observed the weapon and you discharged, you chose not
17 to engage him in any de-escalation whatsoever?
18 **A I had not time.**
19 Q There was an investigation of your conduct,
20 interdepartmental investigation; there was an
21 investigation departmentally; is that correct, within
22 the Department.
23 **A For this?**
24 Q Yes.
25 **A Yes.**

89

1 Q Okay. Because in your policy, what Mr. Bazzi was
2 showing me, which you kind of touched it, there is,
3 once you utilize the Use of Force Form, that triggers
4 in most circumstances, an investigation, but in this
5 case you are saying that there was an investigation?
6 **A There was, yes.**
7 Q And you were questioned. And you were questioned,
8 you had a Union guy, it was a Garrity Statement given
9 and all of that?
10 **A Yes.**
11 Q Okay. And you indicated you didn't know what type of
12 weapon that was when you saw it; is that correct?
13 **A It was a gun.**
14 Q I understand. But make, model?
15 **A No.**
16 Q Okay. Real or unreal?
17 **A It looked real to me.**
18 Q I have no other questions.
19 MR. LEWIS: I have a couple, just
20 a couple.
21 CROSS-EXAMINATION
22 BY MR. LEWIS:
23 Q Corporal Clive, do you know what day of the week
24 December 18, 2022 was?
25 **A It was a Sunday.**

Coproal Timothy Clive - May 31, 2023

90

1 Q  You were working the dayshift that day?
2 A  **Yes.**
3 Q  What was going on at the Police station on December
4    18, 2022?
5 A  **We had Good Fellows. I believe it was called No**
6    **Children Without a Christmas or something along those**
7    **lines, where several families were coming into the**
8    **lobby to receive gifts that I was handing out to the**
9    **families. There were Mothers, Fathers, children**
10   **there.**
11                 **We had Toys for Tots also in the**
12   **lobby that day. The same thing, Women, Children,**
13   **good citizens bringing gifts, putting them on the**
14   **table in the lobby. We had custody exchanges, which**
15   **take place in our lobby, just for safety measures.**
16   **Obviously, children involved in that because they are**
17   **custody exchanges.**
18                 **That coupled with handling**
19   **reports from people, the general public, okay, you**
20   **know, accident reports, larceny reports, pretty much**
21   **anything --**
22 Q  Sure.
23 A  **-- if they could come to the station and file said**
24   **report, I take those reports. I answer the phones.**
25   **Officers come in through those doors as well. They**

91

1    **come into right reports. They use the bathroom,**
2    **whatever they have to do. So throughout the day it**
3    **was very, very busy.**
4 Q  Okay. You indicated that there was a toy drive going
5    on?
6 A  **Yes, there was a toy drive going on. Not only this,**
7    **but there was also a very large sneaker conviction**
8    **next door at the Performing Arts Center, roughly a**
9    **hundred to two hundred yards away from our**
10   **Department, to the point where people were parking in**
11   **the East, in our East lot.**
12 Q  Okay. Was this busy for a Sunday?
13 A  **It was one of the more busy Sunday's I ever worked.**
14 Q  You had a lot of people from the public passing
15    through?
16 A  **Yes.**
17 Q  Because perhaps because of the sneaker conviction,
18    but also specifically coming into the building,
19    because of the Good Fellows Drive, and the Toys for
20    Tots Drive?
21 A  **Yes.**
22 Q  Was it steady throughout the day while you were on
23    duty?
24 A  **It was very steady all day long.**
25 Q  Okay.

92

1 A  **All day long.**
2 Q  Would you say it was even busy?
3 A  **Very busy.**
4                 MR. HALL: Counsel, you know you
5    are leading.
6                 MR. LEWIS: I know.
7 BY MR. LEWIS, CONTINUING:
8 Q  How many other Officers or Administrative personnel
9    to your knowledge, approximately, were in the
10   building, in addition to yourself? I realize you are
11   just approximating.
12 A  **I would venture to guess maybe ten, if not more.**
13 Q  So in addition to yourself, that means eleven?
14 A  **Yes.**
15 Q  How many entrances are there into the front lobby of
16    the Police Station?
17 A  **Six.**
18 Q  Can you identify those for us, please?
19 A  **Okay. The door that I enter from the back desk into**
20   **the lobby, there is one entrance. There is another**
21   **entrance right next to that that goes back into a**
22   **bathroom area Commander's Office. It's another**
23   **entrance/exit, well entrance. You have an elevator**
24   **right next to that. You have obviously the front**
25   **doors, the lobby doors; you have the Records Bureau**

93

1    **doors, which is manned most of the time by citizens,**
2    **and then you have the stairwell that goes up to the**
3    **Detective Bureau, so six all together.**
4 Q  Those are six separate entrances into the lobby?
5 A  **Yes.**
6 Q  Relative to the 2015 incident where you were pursuing
7    the gentleman on Tireman, did he ever point a gun at
8    you?
9 A  **No.**
10 Q  Did he ever take a gun out of his waistband?
11 A  **Just to throw it.**
12 Q  But never to point it at you?
13 A  **Never to point it at me.**
14 Q  Relative to the 2017 incident, which we've seen on
15    video, marked as Exhibit Number Two, did any of these
16    gentlemen in the lobby ever point a gun at you?
17 A  **No.**
18 Q  Did I hear you correctly when you saw Mr. Naji on the
19    video cameras you went out to the front desk area,
20    and did you say something to him?
21 A  **I did.**
22 Q  What did you say?
23 A  **I said how is it going, or something along those**
24   **lines.**
25 Q  And then what happened?

94

1  A  He never answered.  He just reached into his pocket,
2     produced a handgun, pointed it at me, pulled the
3     trigger; I heard a click.  At that point, with his
4     actions, I thought he was going to kill me.  That's
5     what I observed.
6  Q  Did he point the gun directly at you?
7  A  Yes.
8  Q  And you saw him pull the trigger?
9  A  Yes.
10 Q  Did you hear the trigger click?
11 A  Yes.
12 Q  Obviously, the gun didn't fire, thank God.  What did
13    he do then?
14 A  I observed him trying to manipulate the gun.  I don't
15    know whether he had a malfunction or what was wrong
16    with the gun, but he was trying to fix whatever was
17    wrong with it.
18           So I observed him pull the
19    magazine and reset the magazine, and at that point he
20    was in the process of pulling the slide back to get a
21    bullet in the chamber.
22 Q  Did you believe that he would have fired at you, had
23    he completed that process?
24 A  Yes.
25           MR. HALL:  Just for the record,

95

1     speculation.
2  BY MR. LEWIS, CONTINUING:
3  Q  In your opinion, was there any way to de-escalate
4     this encounter?
5  A  No.
6  Q  Why not?
7  A  There was not time, and he was in the process of
8     fixing a malfunction to kill myself or to kill
9     anybody else that entered that lobby.
10 Q  And theoretically, anyone could have entered into
11    that lobby at any moment?
12 A  Yes.
13 Q  Either from outside, is a member of the public coming
14    in, or one of your colleagues or member of the
15    Administrative staff, using those various other
16    entrances to come into the lobby?
17 A  Yes.
18 Q  Did you have any idea who this man was when you saw
19    him?
20 A  No.
21 Q  You indicated that he was wearing a mask?
22 A  Yes.
23 Q  He never said a word?
24 A  Not a word.
25 Q  When Mr. Naji fell to the ground, did he continue to

96

1     move around?
2  A  Yes.
3  Q  Did you see that with your own eyes?
4  A  Yes.
5  Q  Can you describe that for us?
6  A  I remember him almost rearing up onto his right side,
7     almost like he was getting --  he was attempting to
8     lay on his right side.  I never saw him drop the gun.
9  Q  Okay.
10 A  He was still able to --  he was still a threat, even
11    though he is on the ground.  If he is rearing up onto
12    his right side, and he still has the gun on him, I
13    lead me to believe that he was still going to try to
14    shoot and kill me.
15 Q  And as a result, you did what?
16 A  I stopped the threat.
17 Q  Did you continue to fire?
18 A  I did.
19 Q  Did you continue to fire until you thought the threat
20    was neutralized?
21 A  Yes.
22 Q  Thank you, Officer.  I don't have any other
23    questions.
24           REDIRECT EXAMINATION
25 BY MR. HALL:

97

1  Q  Well in my Examination, I thought you indicated that
2     you didn't see him fall.
3  A  I did see him fall.
4  Q  You saw him fall?
5  A  You asked when I saw him fall --
6  Q  Yes.
7  A  -- at what point in time when I was shooting him --
8  Q  Yes.
9  A  --- did I see him fall.
10 Q  And you indicated you didn't know when; is that
11    correct?
12 A  I didn't know when in the volley of bullets that I
13    saw him fell.
14 Q  Okay.  Now in terms of when you saw him going down on
15    the ground, is there a video of that?  Because you
16    just testified that you thought that he was trying to
17    get up on one knee or whatever.  Have you seen a
18    video of that or something?
19 A  I did not say he was getting up on one knee.
20 Q  Okay.  Is there a video of what you are talking about
21    when you said, his mannerism when he had fallen?
22 A  It's that video but unobscured.
23 Q  Right.  I don't have that.  So you've had occasion
24    to see it?
25 A  I had to, because I had to write my supplement of the

98

1    report.
2  Q  Okay. Well that's what I'm saying --
3  A  Yes.
4  Q  -- there's something else that's out there. Okay.
5     Now let me ask you this. In terms of when you were
6     talking about the entranceways into the --
7          MR. LEWIS: I'm sorry, Cyril,
8     your point is an important one. I am not aware of
9     anything else, video-wise. I'm aware of what's been
10    released to the public. If there is other video,
11    obviously that's something that we need to --
12         MR. HALL: Well, there is another
13    one. He said he saw it, but --
14         MR. LEWIS: Well certainly there
15    has got to be footage, because we know that what was
16    released to the public is pixelated. Parts of it is
17    are blurred out.
18         MR. HALL: Right.
19         MR. LEWIS: So there has got to
20    be other footage or whether there are other angles, I
21    thought that was maybe what you were suggesting --
22         MR. HALL: No, but I want to --
23         MR. LEWIS: -- I am not aware
24    of --
25         MR. HALL: I believe that there

99

1     is other footage --
2          MR. LEWIS: Okay.
3          MR. HALL: -- and I think that
4     the Department has it, and obviously you can get it.
5          MR. LEWIS: Just so you are
6     aware, I am not aware of any other footage.
7          MR. HALL: Okay. I accept that.
8          MR. LEWIS: Fair enough.
9          MR. HALL: Okay.
10 BY MR. HALL, CONTINUING:
11 Q  In any event, you were talking about the entranceways
12    into the station. There is only one entranceway from
13    the outside into the station; is that correct?
14 A  To the --
15 Q  For the public, yes.
16 A  To the immediate area, yes.
17 Q  So when you were in the Sergeant's area, in the back,
18    you didn't see a large number of people from the
19    public trying to come into the station at the time
20    Mr. Naji came in; is that correct?
21 A  At that short period of time, no.
22 Q  Right. And immediately prior to that, you don't have
23    any recollection as to when the last civilian was in
24    the station before Mr. Naji came, do you?
25 A  Timewise, no.

100

1  Q  Okay. And in terms of where you made reference to
2     where the reports are, that part of the station is
3     closed on Sunday, is that not true?
4  A  Yes.
5  Q  There is not report that you can get. And then in
6     terms of --
7  A  I'm sorry. I'm sorry. The report, what do you mean?
8  Q  You know, well records.
9  A  Records, yes.
10 Q  Because if you were sitting at the desk, it would be
11    to your left, going down the left?
12 A  Yes.
13 Q  And in terms of Detectives, you didn't have any
14    knowledge as to how many Detectives were up the
15    stairs, did you?
16 A  Throughout the day, I believe I saw three or four.
17 Q  Okay. And you didn't know if they were still there
18    or not, did you?
19 A  I can only guess that they were there.
20 Q  Okay. So you don't know one way or another, but --
21 A  Yes.
22 Q  In terms of when Mr. Naji came in, and this is some
23    of the obvious, the video doesn't show him trying to
24    go up the stairs, it doesn't show him trying to make
25    an effort into the desk area, is that correct?

101

1  A  It shows him looking around the lobby area, from what
2     I saw.
3  Q  But in terms of, he didn't run and make an effort to
4     go into any of the closed doors?
5  A  No.
6  Q  Okay. And during the period of time, and I might
7     have asked you that, but during the period of time
8     that it looked like he might have been having
9     difficulty with the weapon, you could have de-
10    escalated by, at that point in time by telling him to
11    drop it, couldn't you?
12 A  No.
13 Q  Well you chose not to do it. From the seconds on the
14    video, you had enough time to say something to him,
15    if you chose to.
16         MR. LEWIS: Object.
17 BY MR. HALL, CONTINUING:
18 Q  Is that correct?
19 A  I wanted to advise the Officers that were behind me,
20    that the gentleman had a gun, hence why I yelled gun
21    several times.
22 Q  Okay. But in terms of the area that you are, if he
23    wanted to come down that area where this door is
24    depicted on the video, I mean on the Exhibit One, he
25    can't get in that door.

Coproal Timothy Clive - May 31, 2023



102

1  A   If he shot his gun, he may have been able to make it
2      through the door.
3  Q   Well, you don't know whether or not a projectile
4      could get through that door?
5  A   I don't know.
6  Q   Okay.  In any event, he didn't walk in that
7      direction?
8  A   No.
9  Q   Okay.
10 A   He walked five feet away from me.
11 Q   That's what you determined the distance was?
12 A   Roughly.
13 Q   Okay.  And during that period of time, you opened the
14     window and increased the threat to yourself?
15 A   No.  he was still a threat to the public as well.
16 Q   But you didn't see any public?
17 A   An Officer could have walked through, another Officer
18     or a citizen could have walked through those front
19     doors.
20 Q   Could have, but you didn't have an exigent
21     circumstance.  Like the last one like before, before
22     the other individuals came in, you saw a citizen and
23     you removed him from potential harms way, right?
24             MR. LEWIS:  Well, I'm objecting
25     to the form of the question and also the use of

103

1      exigent makes it a legal conclusion.  But --
2             MR. HALL:  Yes, but I'm talking
3      to a Police Officer.
4  BY MR. HALL, CONTINUING:
5  Q   And you are familiar with exigent circumstances?
6  A   Yes.
7  Q   Okay.  I have no other questions.  Thank you
8      Corporal.
9             MR. LEWIS:  All set.
10            (Whereupon proceedings concluded
11     at or about 3:29 p.m.)
12            (Whereupon proceedings were
13     reopened)
14 BY MR. HALL, CONTINUING:
15 Q   Corporal, you didn't bring any records here with you
16     today, did you?
17 A   No.
18 Q   Okay.
19            (Whereupon proceedings concluded
20     at or about 3:35 p.m.)
21
22
23
24
25

104

1             CERTIFICATE
2
3  STATE OF MICHIGAN   )
4                      )
5  COUNTY OF OAKLAND   )
6
7      I HEREBY CERTIFY that the foregoing testimony and
8  proceedings consisting of one hundred and four(104)
9  typewritten pages were mechanically recorded at the
10 time and place hereinbefore set forth; was thereafter
11 reduced to typewritten form; and that the foregoing
12 is a full, true and correct transcript of the
13 recording so taken.
14
15             SHARON DILLON CER 3192
16             P.O. Box 214552
17             Auburn Hills, MI  48321
18             (248) 342-7229
19
20 Dated:  June 7, 2023
21
22
23

**A**

**A,B,C,D** 26:19
**able** 29:4 30:2,15
  31:3 49:4 56:19
  73:19 96:10
  102:1
**absolutely** 9:5
  18:16 21:23
  86:17
**academic** 15:23
**Academy** 17:17
  17:19,23 18:3,20
  19:4,11,12 26:7
  27:4
**accept** 18:24
  64:25 99:7
**accident** 26:18
  90:20
**accommodation**
  28:19 31:6 59:5
**Accommodations**
  28:18
**accurate** 52:13
**achieved** 11:18
**acquire** 11:7
**acquired** 16:10
**act** 32:2 37:7 46:1
**action** 50:7
**actions** 94:4
**actor** 37:4
**acts** 32:11 50:4
**actual** 39:6
**addition** 86:8
  92:10,13
**additional** 16:12
  22:3,11,15 23:9
  59:9
**address** 41:11
**addressed** 24:19
**Administrative**
  87:1 92:8 95:15
**advise** 6:4 101:19
**advised** 31:19
  33:17 39:18
  44:23 82:21

**affirm** 4:8
**afternoon** 59:6
**agree** 52:12 57:14
  60:14
**agreement** 76:12
**ahead** 72:9,11
**Airfield** 16:24
  17:3
**ALINAJI** 1:6
**allows** 43:6 73:6
**ambush** 22:17
  23:21 24:7,15
**amount** 66:10
**angles** 98:20
**answer** 5:25 6:13
  18:8 21:8,11,14
  21:14 26:3 34:7
  68:16 90:24
**answered** 21:2
  94:1
**answering** 5:20
**anticipate** 21:7
**anticipating** 39:13
**anybody** 60:4
  62:21 95:9
**anyway** 86:20
**apologize** 79:4
**appear** 79:20
  80:21
**APPEARANCES**
  1:20
**appears** 52:11
  67:17
**application** 61:18
**applied** 18:16
**apply** 18:13 66:10
**applying** 66:6
**appreciate** 30:20
  41:4
**apprehend** 29:4
**apprehended** 31:9
**approximately**
  92:9
**approximating**
  92:11

**approximation**
  29:11
**area** 11:5 14:7
  16:2 31:18,18
  38:6,22,25 39:1
  40:3,18 42:9,11
  43:16,21 46:22
  48:14,18,21
  53:25 71:21
  72:22 73:5,7
  74:14 75:7,7
  77:13 82:24 88:9
  92:22 93:19
  99:16,17 100:25
  101:1,22,23
**argue** 5:13
**arguing** 57:21
**arm** 78:5 79:17
  84:19
**armor** 45:4,4
**Army** 8:6,11 9:8
  11:8 16:24 17:3
**arrived** 31:21
**Arts** 91:8
**asked** 9:17 32:17
  37:22 40:16 48:4
  48:24 55:8 65:1
  70:12 86:2 97:5
  101:7
**asking** 15:24 21:8
  25:3 29:17 37:24
  41:19,20 53:3
  77:14
**associates** 11:7
  14:20 16:10 17:6
**Association** 25:1
**assume** 22:4
**attached** 45:13
  71:12 74:14
**attain** 14:19 16:19
  17:6
**attained** 14:20
  27:18
**attempting** 96:7
**attend** 10:3,10

16:15
**attention** 58:12
  61:8
**Auburn** 2:11
  104:17
**audible** 51:18
**authenticate**
  50:22,24
**Authorization**
  61:9
**automatic** 20:24
  21:1
**automatically**
  20:7 65:24
**Ave** 1:18
**award** 29:6,21
**awards** 28:13
**aware** 48:25 98:8
  98:9,23 99:6,6

**B**

**Bachelor** 16:22
**back** 8:24 13:24
  14:2 15:19 25:17
  39:25 42:8,11,13
  43:16,20,20
  44:21 46:19
  51:23 53:25 54:1
  70:10 73:24,25
  74:1,8 78:5 81:7
  81:10 82:21
  83:22 84:19
  85:13 88:10
  92:19,21 94:20
  99:17
**backdoor** 28:23
**background** 82:1
**bad** 63:25
**based** 47:18 78:16
  78:20 80:21
  87:16
**basis** 9:7 28:2,3,4
**bathroom** 91:1
  92:22
**bavaclava** 45:7,9

**Bazzi** 1:22 50:17
  51:2,5,8,17,19
  52:1 54:17,22
  57:7,11 63:9,23
  84:25 89:1
**beat** 7:14
**Beautiful** 30:17
**becoming** 25:10
**beginning** 84:3
**Beham** 1:10
**belief** 47:15
**believe** 4:24 17:17
  20:20 24:2 25:9
  26:13,16 28:4,18
  30:6,24 34:8
  35:12,24 36:17
  46:23,25 47:2,3
  47:14 48:7,22
  52:18 65:1,2,12
  70:6 71:6 72:21
  73:4,10,13 75:4
  76:8,9 80:16
  86:19 88:3 90:5
  94:22 96:13
  98:25 100:16
**believed** 31:24
  76:22,24 77:5
**Benning** 17:3
**best** 29:10,12
**better** 72:2,9
**big** 21:9
**bit** 12:22
**Bleeding** 30:8
**blurred** 98:17
**Board** 20:20
**bodily** 61:13
**body** 45:4,4
**bombastic** 5:17
**boot** 13:15,16,19
**Box** 2:10 104:16
**Branch** 8:5
**break** 6:11,13,15
  6:21
**breakdown** 9:7,10
**brief** 50:12 86:23

Coproal Timothy Clive -  May 31, 2023

**briefly** 55:12
**bring** 103:15
**bringing** 90:13
**broke** 30:6
**broken** 30:5,5,5
**brought** 41:10
    43:16,22
**building** 43:8,13
    67:14 91:18
    92:10
**bulk** 15:25
**bullet** 78:13 85:14
    94:21
**bullets** 69:11,14
    77:15 97:12
**Bureau** 39:5
    92:25 93:3
**busy** 91:3,12,13
    92:2,3

**C**

**C** 1:21 2:2 43:10
**caliber** 76:25
**call** 5:9 13:14 39:1
**called** 11:21 71:9
    73:25 87:5,5,6,7
    90:5
**Cam** 13:6,12,13
**camera** 39:15,16
    44:16 60:5 71:3
    71:5,18 72:21
    73:4,5,10,12,19
    73:21 76:11
    84:13
**cameras** 45:13
    72:22 74:15
    93:19
**can't** 25:7 54:7,11
    76:2 79:4 101:25
**capable** 61:1
**captions** 54:18
**car** 29:1 30:1,2,3,4
**carjack** 30:2
**case** 1:9 37:25,25
    67:19 89:5

**cause** 8:23 31:17
    65:21 85:14
**caused** 8:19 9:8
    31:18
**causes** 47:3
**caution** 44:13
**Center** 91:8
**Central** 10:11
**CER** 104:15
**certain** 54:22
    66:10
**certainly** 5:22
    67:12 98:14
**certificate** 26:15
    26:16 27:18
    104:1
**CERTIFY** 104:7
**cetera** 19:22,22,23
**Chadwicks** 14:6
**chain** 70:4
**chamber** 78:3,6
    81:17,18 85:14
    94:21
**changed** 20:21
**chased** 28:24 31:7
    33:1 61:24 62:8
**chasing** 31:6
**chatter** 82:1
**checked** 69:22
**Chief** 63:12 65:2
**child** 30:1,3
**children** 7:22 90:6
    90:9,12,16
**chose** 62:15 88:10
    88:16 101:13,15
**Christmas** 90:6
**chronology** 10:9
**circle** 72:25
**circled** 43:10
**circumstance**
    102:21
**circumstances**
    61:12 80:11 89:4
    103:5
**citizen** 37:9 38:5,9

43:9 44:20 50:4
    102:18,22
**citizens** 38:11 39:1
    90:13 93:1
**City** 1:12,17 63:10
    63:11
**Civil** 5:8
**civilian** 37:15
    99:23
**civilians** 36:19,21
**class** 11:19 12:14
    12:19,24 26:9
**classes** 19:4
**clear** 21:12 37:20
    56:1,20 57:18
    67:16,25
**click** 94:3,10
**Clive** 1:16 3:5
    4:12,20,21 89:23
**close** 30:15 38:6
**closed** 100:3 101:4
**cock** 78:23 85:3,7
    85:12
**colleagues** 95:14
**College** 10:3,23
    12:18,20,22
    14:12,14,16
    16:16 17:5 19:7
**Colleges** 12:3
**Colleges** 12:3
**coloration** 77:19
**combat** 8:24
**combination**
    52:15
**come** 12:10 18:14
    18:14,18 20:5
    27:3 32:12 38:1
    40:13 43:6 44:8
    44:21 46:18,19
    48:4 54:18 70:24
    71:3 90:23,25
    91:1 95:16 99:19
    101:23
**comes** 6:10 21:14
    57:9 74:23 83:18
**coming** 5:16 40:7

40:10 41:1,5
    42:8 43:12 70:25
    71:1,2 90:7
    91:18 95:13
**Commander's**
    92:22
**commands** 33:16
    81:24
**comment** 55:8
**commentary** 57:9
    57:9,16
**comments** 57:4
**commit** 45:18,24
    46:1 55:11
**committed** 31:25
    62:12
**communicate** 6:7
**communication**
    46:8
**community** 10:23
    14:16 17:11
    21:22 37:6
**Complaint** 41:15
    41:18,22 60:16
**complete** 5:19
**completed** 9:25
    19:8 94:23
**completely** 80:22
**compound** 62:2
    70:22
**computer** 50:18
**concentration**
    11:5 16:2
**concerned** 67:10
**concerns** 38:9
**concluded** 103:10
    103:19
**conclusion** 103:1
**condition** 61:2
**conditional** 18:4
    18:14,17,23
**conduct** 26:25
    59:6,13 60:3
    88:19
**confer** 6:14

**confirm** 48:13
**confront** 44:21
**confrontations**
    45:17 55:10
**confronted** 44:7
    60:20
**conscious** 37:3
    50:2 68:5
**consider** 61:6
**consideration**
    37:7 55:16 60:19
    86:14
**consisting** 104:8
**contact** 73:22
**contained** 77:16
**CONTENTS** 3:1
**CONTINNUING**
    13:18
**continue** 95:25
    96:17,19
**continued** 53:21
**CONTINUING**
    6:23 7:5,20 9:6
    18:10 21:17 23:2
    26:5 29:14,24
    30:19 32:16,22
    34:10,21 37:13
    37:21 42:1,18
    47:7 48:16 49:22
    50:14 51:10 52:6
    52:21 53:12,18
    53:23 54:5 55:1
    58:1 59:2 62:6
    63:3 64:4,14,22
    65:16 68:17 72:5
    72:24 75:24 76:7
    78:19 79:5,12
    80:20 81:22
    83:10 84:6 85:10
    85:19 86:25 92:7
    95:2 99:10
    101:17 103:4,14
**continuously** 67:7
**control** 31:4 68:22
**conviction** 91:7,17

copy 36:3 50:15
51:9 56:15,17
**Corporal** 1:16
19:24 20:9,10,14
20:24 21:18,19
21:24 22:2,10
25:10 28:11
41:10 42:20 52:7
68:19 71:13
73:15 74:16
85:11 87:1 89:23
103:8,15
**Corporals** 28:1
**correct** 5:1,6
12:17 18:18
24:20 27:20
31:15 32:2,6,24
33:20 34:1,23
36:11 37:7 38:3
42:22 44:10,17
44:18 47:16 48:8
49:11,14,20 55:5
55:21,24 57:7,17
58:9,19 59:7,21
60:21 61:14,19
61:23 62:9,24
63:23 65:8 66:3
66:7 67:8,20,21
68:2,14,25 69:19
69:24 70:2,8
74:7 75:14 76:10
77:7 78:16,21
80:2 85:22 86:6
86:7 87:18 88:21
89:12 97:11
99:13,20 100:25
101:18 104:12
**correctly** 93:18
**couldn't** 10:8
75:18,19 80:25
101:11
**Counsel** 6:15
29:18 70:23 92:4
**count** 64:21
**counter** 22:17

23:21 24:7,14
**country** 11:4
**County** 19:7
104:5
**couple** 20:1 27:6
89:19,20
**coupled** 90:18
**course** 24:1,22
25:5 26:6,12
28:14 69:18
70:14
**courses** 15:24
22:23
**Court** 1:1 2:9 4:6
4:11,13,25 5:4
5:17 9:3 42:17
57:24 75:16
**courtesy** 5:24
**Courtroom** 76:1
**covering** 45:11
**cracked** 30:4
**created** 42:19
**credits** 14:24
**crime** 61:22 62:12
**criminal** 11:6
14:21,23,24 16:6
16:22 32:11
**criticisms** 59:13
**Cross-Examina...**
3:8 89:21
**custody** 49:16
70:4 90:14,17
**cylinder** 77:7,8,11
**Cyril** 1:21 62:25
79:3 98:7

————————
**D**
**data** 47:18 48:24
86:5
**date** 5:12 25:6,8
34:15,17 52:11
58:17 59:25 60:3
60:12,15 61:5
64:8
**Dated** 104:20

**day** 30:25 35:24
35:25 41:24
59:14 89:23 90:1
90:12 91:2,22,24
92:1 100:16
**days** 35:22
**dayshift** 90:1
**de-** 33:22 34:3
35:22 36:3 60:14
88:10 101:9
**de-escalate** 24:18
31:3 95:3
**de-escalating**
49:23
**de-escalation**
33:19 35:1,11
49:18 55:4,20
58:13,16 59:19
88:17
**deadly** 61:10,10
61:18
**deal** 9:19 21:9
32:5 35:22
**dealing** 49:19
**Dearborn** 1:12,17
1:19,24 18:4,11
18:23 19:13,17
19:20 20:2,18
27:25 28:14
63:11
**death** 61:13 68:22
**December** 34:18
34:20,23 64:9
89:24 90:3
**decide** 14:10,12
15:3 17:10
**decided** 68:21
**deciding** 11:11
**decision** 60:12
67:22 68:5 87:24
**decisions** 38:14
50:3
**deeper** 53:7
**deescalate** 80:10
**Defendants** 1:14

**degree** 11:7 14:19
14:23 16:7,10,19
16:21 17:6
**demonstrated**
32:5
**demoted** 28:11
**department** 1:18
18:2 19:13 22:5
23:7,12 25:2
26:24 27:1,2,25
28:15 35:10,10
35:16,17 38:6
42:4 59:20 60:4
60:8,11 87:1
88:22 91:10 99:4
**departmentally**
88:21
**depicted** 52:7
101:24
**Deposition** 1:16
4:22,22 5:4
42:20 58:3
**describe** 96:5
**described** 39:6
**description** 85:13
**desk** 30:25 40:5
42:6 43:2,6
46:19,19,22
47:23 48:13,18
53:25 71:17
73:14,24,24,25
74:1,3 75:7,7
88:9 92:19 93:19
100:10,25
**Detective** 39:5
93:3
**Detectives** 100:13
100:14
**determination**
15:20 69:23
81:10
**determinations**
24:17
**determine** 14:14
16:11

**determined** 55:19
68:8,23 102:11
**Detroit** 28:25 31:8
**diagram** 40:22
42:2,19,23 73:16
**diary** 22:21
**didn't** 9:13,13
10:8 11:23 12:4
12:6 18:22 19:23
25:12 27:18
32:23 44:15
45:14 48:7,22
60:18 61:6,24
62:17 67:12,24
68:1 70:17 77:15
80:4,7 81:1,2,3,4
82:4 83:16 85:21
85:21 86:5 87:14
87:15 88:9 89:11
94:12 97:2,10,12
99:18 100:13,17
101:3 102:6,16
102:20 103:15
**different** 17:12
22:4 59:24 77:13
**difficulty** 68:18
101:9
**DILLON** 104:15
**direct** 3:7 4:15
23:13,18 58:12
61:8
**direction** 73:17
75:14 76:9 77:21
80:2 102:7
**directly** 94:6
**discharge** 12:23
13:1 64:18 65:22
65:24 66:5,9
67:12 68:24
70:14 78:25 79:1
79:20,23,25 80:5
80:7 81:3,5,23
85:21
**discharged** 13:3
64:15 65:3 66:16

67:16,20 69:5,6
80:22 81:6,11,13
85:25 88:16
**discharging** 61:18
67:6,11
**Discovery** 5:9,11
**discussed** 46:8
**discussion** 45:23
46:4 84:12
**discussions** 65:20
**Dispatch** 31:19
**disputing** 79:16
**distance** 102:11
**distinguish** 53:5
68:13
**DISTRICT** 1:1,2
**DIVISION** 1:3
**divorced** 7:11
**document** 87:6
**documentation**
22:22
**DOE** 1:13
**doesn't** 54:23,23
57:14 86:11
100:23,24
**doing** 21:2 27:6
27:14 30:10
35:14 69:4 73:16
78:3,7 82:20
**don't** 4:24 7:8
9:20 15:2,2
21:21 23:24
24:25 34:16
35:21 36:2 37:17
37:22 40:20,21
41:17,23 42:14
44:12 46:10,23
46:25 47:1,14,20
48:23 49:2 52:13
52:14,16 59:23
60:1,7,9 64:20
64:24 65:23,24
66:10,23,25 67:5
68:22 69:6,25
70:12,16 71:15

72:3,22 74:16
75:8,17,19 76:19
78:9,10,12,14
81:9 82:2,13
83:11 84:9,11
86:19 87:12,15
94:14 96:22
97:23 99:22
100:20 102:3,5
**door** 13:19 14:6
40:1,2,3,12,13
42:22,22 43:2,3
43:5,20 67:13
91:8 92:19
101:23,25 102:2
102:4
**doors** 90:25 92:25
92:25 93:1 101:4
102:19
**drafted** 8:8,8
12:10
**draw** 25:17 40:16
**dressed** 44:25
45:3
**drive** 24:12 36:1
56:14 91:4,6,19
91:20
**drop** 33:15,17
44:23 46:17 80:8
96:8 101:11
**dropped** 33:10
**DULY** 4:13
**duties** 21:19
**duty** 91:23

**E**

**earlier** 55:7 63:4
74:3 86:2
**early** 9:21
**ears** 30:8
**East** 11:3 39:19
43:13 73:16,17
91:11,11
**EASTERN** 1:2
**edification** 56:8

**education** 10:19
12:12 16:13
**educational** 14:25
**effect** 45:18
**effectively** 6:6
**effort** 75:13 78:23
80:14 100:25
101:3
**Either** 95:13
**elevated** 42:9,11
**elevator** 43:5
92:23
**eleven** 84:25 85:2
92:13
**embarrass** 7:8,9
**empirical** 47:18
48:24
**employment**
17:21
**encounter** 95:4
**endurance** 6:21
**enforcement** 15:7
15:9,13 17:14,16
17:20 38:24
45:17,23 46:5
**engage** 88:10,17
**engaged** 84:12
**enlisted** 8:9,11
12:9,16
**enter** 8:3 92:19
**entered** 43:24
44:5 74:18 95:9
95:10
**entering** 39:18
43:8
**entrance** 73:7
92:20,21,23
**entrance/exit**
92:23
**entrances** 92:15
93:4 95:16
**entranceway**
99:12
**entranceways**
98:6 99:11

**entryway** 42:3
**equipped** 44:8
**error** 65:2 82:6
**escalated** 101:10
**escalation** 33:23
34:4 35:23 36:4
60:15 88:11
**escape** 61:22
62:12
**especially** 7:10
48:23
**Estate** 1:6
**et** 19:22,22,23
**evaluated** 28:2
**evaluations** 28:1,5
**event** 6:3 7:21
9:21 21:18 26:6
42:2,19,21 46:15
49:8 55:2 65:6
66:13 68:23
73:18 76:8 77:5
99:11 102:6
**exactly** 37:22
**exam** 20:20,22
**Examination** 3:7
3:9 4:15 96:24
97:1
**exchanges** 90:14
90:17
**Exhibit** 3:19,20,21
3:22 42:16,20
50:24 51:13 56:2
56:20 57:23 58:3
58:17,22,24 59:1
63:19 71:23
93:15 101:24
**EXHIBITS** 3:17
**exigent** 102:20
103:1,5
**exit** 40:12
**exited** 28:22
**expand** 21:19
**experience** 25:18
45:22 65:18 69:9
76:22 78:21

87:16
**explain** 8:2 13:7
47:12
**extend** 32:7
**extent** 6:9 21:15
41:3
**eyes** 63:24 96:3

**F**

**F** 1:10
**face** 45:11
**facemask** 45:9
**fact** 38:4 45:1
52:10 65:3 67:10
**facts** 5:15
**fair** 67:6 99:8
**fake** 76:25
**fall** 97:2,3,4,5,9
**fallen** 67:3 97:21
**familiar** 13:7 41:9
45:12 47:21 58:5
103:5
**families** 90:7,9
**fatal** 68:14
**Fathers** 90:9
**fault** 29:17
**feasible** 61:16,20
**February** 52:11
55:2 59:4,18
60:3,20 61:6
74:6
**feet** 30:5 102:10
**fell** 66:18,19 70:14
95:25 97:13
**fellow** 46:8
**Fellows** 90:5
91:19
**felon** 31:24 32:10
**felonious** 32:2
**felony** 61:21 63:5
**feminine** 53:8
**fifth** 69:5
**fifty** 33:13,14
40:23
**fifty/fifty** 15:1

**figure** 10:9 56:19
**file** 23:7 90:23
**filed** 69:24
**fill** 87:2,8,13,17
**fine** 30:10,16
  57:12,12 58:11
**finish** 14:16 21:9
**finished** 21:3
**fire** 94:12 96:17
  96:19
**firearm** 25:20,22
  26:17 27:15,15
  29:5 31:7,8,12
  31:16 32:4,10
  37:4 38:18 61:18
  62:23 64:16,18
  65:7,10,19 66:16
  67:7,17 75:4
  77:6
**firearms** 22:18
  25:14,15 26:21
  26:22 27:4,10
  44:10,11,14 65:7
  65:19
**fired** 67:2 94:22
**first** 11:19 12:14
  12:18,24 17:14
  17:16 39:17 40:4
  58:3 66:16,21
  73:8 74:24,25
  75:2
**five** 58:12 60:25
  69:2 86:21 88:15
  102:10
**fix** 94:16
**fixing** 95:8
**flinging** 79:1
**floor** 6:12 67:4
**follow** 56:13 79:4
**following** 61:11
**FOLLOWS** 4:14
**foot** 13:9 29:1,2
**footage** 98:15,20
  99:1,6
**force** 24:18 33:25

34:4 35:1,11,23
  36:4 37:2 49:20
  49:25 55:5 58:8
  59:20,20 61:10
  61:11,19 87:3,7
  87:8,17,25 89:3
**Ford** 30:1
**foregoing** 104:7
  104:11
**forgot** 15:8 24:23
  87:19
**form** 26:3 32:15
  34:7 37:12 47:6
  49:21 62:1 68:15
  75:23 78:18 87:5
  87:7,8,17 89:3
  102:25 104:11
**Fort** 17:2
**forth** 104:10
**forty-** 56:21
**forty-fives** 77:9
**forty-seven** 57:6
**forward** 81:8
**four** 3:22 8:16
  20:7,23,23 62:1
  63:19 65:4
  100:16
**four(104)** 104:8
**foyer** 73:7
**frame** 57:1
**front** 20:20 43:6
  58:4 73:13 75:1
  75:7 92:15,24
  93:19 102:18
**fruitful** 55:23
**full** 5:25 57:6
  104:12
**fully** 69:9
**further** 10:18
  22:19 73:18

---

**G**

**Garrison** 44:3
  52:23
**Garrity** 88:7 89:8

**general** 14:25 16:4
  58:8,11,14 75:16
  90:19
**generally** 28:8
  38:24
**gentleman** 28:21
  28:22 31:7 60:20
  93:7 101:20
**gentlemen** 30:24
  93:16
**Georgia** 16:24
**getting** 7:10,18
  12:10 18:21
  24:16 96:7 97:19
**gifts** 90:8,13
**give** 4:9 5:24,24
  12:8 13:11 35:25
  36:1 55:15 56:17
  60:18 61:17
  69:17,19 81:23
  86:14
**given** 5:6 59:9
  89:8
**glare** 51:11 54:12
**glass** 39:25 40:5
  40:10 47:9,24
  48:2,6,10,11,13
  48:19,19 49:1,5
  53:25 64:15
  67:23,24 68:4
  73:5,7 80:15
  86:3
**glassed** 38:22,25
  71:21
**Glock** 65:12,17,17
**go** 9:14,19 10:21
  11:11 13:21 14:2
  14:12,15 17:1,10
  17:23 19:6 20:20
  22:12,19 23:19
  24:5 35:6 39:4
  40:2 50:10 51:23
  53:9 54:1 61:3
  63:7 67:12 70:10
  72:9,11 75:1

83:22 84:19
  85:14 100:24
  101:4
**God** 94:12
**goes** 24:13 77:11
  92:21 93:2
**going** 5:15,24 6:11
  6:25 9:15,18
  10:12 12:7 14:15
  15:20 16:12
  17:10,13,19 18:3
  18:21 21:6 23:13
  24:17,18 38:15
  39:1 40:17 41:11
  42:14,15 45:14
  50:19,20,22,23
  55:19 56:4,7,18
  56:24 57:15 58:2
  58:12 61:8 63:17
  63:24 67:23 68:6
  68:9,21,22,24
  75:1,9 78:13,14
  90:3 91:4,6
  93:23 94:4 96:13
  97:14 100:11
**good** 10:14 18:8
  21:2,4 40:14
  41:13 43:19
  51:12 57:2 90:5
  90:13 91:19
**gotten** 40:24
**grabbed** 43:11
**graduate** 10:6
**graduated** 10:18
  17:24 18:1 19:11
  19:12
**Grandparent's**
  62:23
**Grandparents**
  28:22 31:20
**graphic** 57:9
**great** 32:5
**grew** 14:6
**Grey** 1:1
**ground** 53:1 67:3

95:25 96:11
  97:15
**guess** 8:8 23:11
  25:4 29:17 31:23
  53:8 64:21 92:12
  100:19
**gun** 28:21,23 29:4
  33:17,18 36:15
  36:15,17 38:2
  62:18 75:12
  79:13,14 81:8
  82:7,9,11,22
  89:13 93:7,10,16
  94:6,12,14,16
  96:8,12 101:20
  101:20 102:1
**gunpoint** 31:20
**guy** 12:9 31:9
  61:24 62:17 89:8
**guys** 35:22 36:9
  38:1,18 39:7
  44:21 46:15 49:8
  54:21 74:5

---

**H**

**h** 77:21
**half** 10:23 16:25
  72:17,18
**hall** 1:21 3:7,9
  4:16 6:23 7:2,5
  7:20 9:6 13:18
  18:10 21:17 23:1
  23:2 26:1,5
  29:14,24 30:17
  30:19 32:16,19
  32:21,22 34:10
  34:16,20,21
  37:13,21 41:1,5
  41:8,13,16,21,25
  42:1,18 47:7,24
  48:3,6,10,15,16
  49:22 50:10,14
  51:10,17,22 52:5
  52:6,21 53:9,12
  53:18,23 54:1,5

54:13,25 55:1
56:3,6,9,13,16
56:23 57:1,13,20
58:1,25 59:2
62:2,5,6 63:2,3,7
63:17 64:3,4,14
64:22 65:15,16
68:17 72:1,4,5
72:12,14,16,19
72:24 75:24 76:5
76:7 78:19 79:5
79:7,11,12 80:20
81:22 83:4,8,10
83:15,25 84:4,6
84:18,23 85:1,9
85:10,19 86:21
86:25 92:4 94:25
96:25 98:12,18
98:22,25 99:3,7
99:9,10 101:17
103:2,4,14
**hallway** 43:3
**halves** 72:14
**hand** 4:7
**handed** 43:17
**handgun** 94:2
**handing** 90:8
**handled** 31:1
**handling** 90:18
**happen** 18:5 21:7
50:15
**happened** 31:12
39:12 74:22
87:14 93:25
**happens** 5:18 21:9
21:10,20 83:17
**happenstance**
39:12
**Harless** 88:3
**harm** 37:5 38:11
61:13
**harms** 44:20
102:23
**haven't** 4:24
**he's** 7:18 42:13

86:11
**head** 15:20 32:9
**heading** 35:19
**hear** 9:18 39:24
42:6 75:8 84:5
86:12 93:18
94:10
**heard** 5:10 20:19
39:23 40:9 55:9
82:1,5 94:3
**hearing** 61:3
**help** 44:5 45:24
46:1 75:1,9
**helped** 12:13,13
12:21,22
**helps** 71:25
**hereinbefore**
104:10
**Hey** 21:2 83:11
**hide** 6:16
**hierarchy** 20:17
**High** 9:25 10:6,10
11:20,23
**higher** 20:6
**highest** 11:17
**Hills** 2:11 104:17
**hips** 30:5
**hired** 19:15,17
**hires** 27:3,11,14
**hit** 30:1 67:13
**hold** 51:22 64:3
69:15 71:13
**holding** 28:21
31:20 32:9 62:23
**holds** 81:15
**home** 36:6
**hometown** 18:21
**Hon** 1:10
**Honorable** 13:1
**Hospital** 13:22
**host** 32:11
**hostage** 28:22
31:20 32:9 62:23
**hundred** 91:9,9
104:8

**Hunter** 16:24 17:3
**hurt** 31:4
**HUSSEIN** 1:5,22

## I

**I'd** 29:13 37:11
47:5 61:25 68:15
75:22 78:17
**I'm** 4:19 5:8,9,10
5:13,14,16,23
6:25 8:7 9:9
10:22 12:20
14:11 15:14 17:5
17:13 19:16 21:5
25:2,3 29:8
30:11,18 35:2
36:25 37:16
44:13 45:4,25
48:12 50:18,19
50:22 54:22 56:1
56:19,23 57:21
59:1,18 60:9
63:16 66:1 71:24
75:1 76:12 79:3
82:8,8 84:1 85:6
85:11 98:2,7,9
100:7,7 102:24
103:2
**I've** 19:20 20:19
39:6
**idea** 51:25 95:18
**ideations** 45:18
**identification**
42:17 51:14
57:24 63:20
**IDENTIFIED**
3:17
**identify** 61:16
92:18
**illness** 55:17 60:19
86:15
**immediate** 28:6,7
99:16
**immediately**
99:22

**imminent** 61:12
**impairment** 61:3
**important** 27:22
98:8
**in-house** 22:11
35:5,7,8
**inch** 65:21
**incident** 34:13,22
40:24 41:10,14
55:24 58:18,21
59:3,11,17,18
61:23 64:6 87:2
87:9 93:6,14
**increased** 102:14
**indicate** 9:23
54:23
**indicated** 25:10
31:11 33:1 38:5
48:20 58:17 59:5
59:17 60:18 63:4
75:25 81:15
85:24 89:11 91:4
95:21 97:1,10
**indicates** 60:25
61:12
**indicating** 37:24
**individual** 24:25
54:19,21 61:22
62:8 68:1 76:8
77:22
**individuals** 27:3
36:9 39:14 40:7
42:8 44:7,9,14
45:16 47:9 55:9
55:14 102:22
**information** 5:9
5:11 39:20 40:9
42:21 44:9,14
62:22
**initial** 73:2
**initials** 72:7 74:16
**injury** 8:17,21
9:12,15 13:9
**inmate** 40:2
**inside** 71:20,21

**instance** 7:11 25:1
28:1 40:1
**Instructing** 25:22
**instructions** 27:16
**instructor** 22:18
25:14,15 26:21
26:22 65:7
**Instructors** 26:17
**intended** 7:9
68:24 75:25
**intention** 75:20
**interdepartmen...**
88:20
**interested** 24:14
**interesting** 18:6
19:20 70:21,23
**Interview** 88:7
**interviewed** 87:22
88:2,4
**investigation**
69:18 70:1 87:21
88:19,20,21 89:4
89:5
**involved** 15:7
17:20 49:18
90:16
**irrelevant** 54:20
57:19
**isn't** 37:19 47:22
48:9
**issue** 41:24
**it's** 5:14 10:7 12:1
12:3 13:12,14
14:7 19:20 21:1
28:4 29:11 30:12
34:18 41:18
46:23,25 47:2,3
47:12,14,18
50:15 51:18
52:15,18 56:25
58:8 62:2 70:21
70:23 71:20 72:1
73:13,25 76:5
87:7 92:22 97:22

Coproal Timothy Clive - May 31, 2023

**J**

**J.C** 1:11
**jack** 30:3
**job** 18:21
**jobs** 17:12
**JOHN** 1:13
**join** 11:9
**joined** 10:24
**Jonathan** 1:11
**Judge** 57:14,16
**June** 104:20
**Justice** 11:6 14:21
14:23,25 16:6,22

**K**

**K/** 73:1
**Kay** 1:10
**keep** 9:3 27:25
36:6 66:6
**kidding** 7:16
**kidnapping** 32:11
**kill** 62:19 75:13,20
75:25 94:4 95:8
95:8 96:14
**kind** 9:18 22:21
25:23 84:12 89:2
**knee** 97:17,19
**knew** 87:17
**know** 4:25 6:14
7:13,17 10:8
12:3,4,9,13 15:2
15:2,25 20:21,21
23:24 25:7 26:20
27:23 30:15
32:19 35:21
37:17 40:23 41:9
42:14 44:12
45:14 46:3,10,11
49:2,5 50:25
52:13,14 59:23
60:1,7,9 64:19
64:20,24 67:5
68:1,16,22 69:6
69:25 70:16,17
71:15 72:22 75:8

75:18,20,21 76:6
76:6,18,19,24
77:1,2,2,14 78:9
78:10,12,14 81:4
81:9 82:2,13
83:11,16 84:9,11
84:19 85:7,11
87:12 89:11,23
90:20 92:4,6
94:15 97:10,12
98:15 100:8,17
100:20 102:3,5
**knowledge** 49:4
76:20 86:3 92:9
100:14
**known** 86:20
**knows** 37:16

**L**

**language** 53:20
**larceny** 90:20
**large** 91:7 99:18
**larger** 12:5
**law** 1:17 15:7,9,12
17:14,16,20
38:24 45:17,23
46:5 76:6
**Lawyer** 40:1
**lay** 96:8
**lead** 96:13
**leading** 92:5
**learned** 25:20,23
**leave** 8:19 11:9
14:8 48:21
**lectures** 65:20
**lecturing** 35:14
**left** 9:21,23 29:22
100:11,11
**legal** 103:1
**legs** 30:5
**let's** 37:4 51:23
53:9 63:7 79:7
80:5,17 82:5
84:19 86:21
**Leveea** 70:6

**levels** 26:14,17
**Lewis** 2:2 3:8 6:20
6:25 7:4,18
13:15 18:8 21:13
22:24 25:25
29:10,20 30:9,12
32:14,18,20 34:6
34:14,18 37:11
37:16 40:21 41:3
41:7,12,14,17,23
47:5,22 48:1,5,8
48:12 49:21
50:25 51:3,4,7
51:24 54:16 56:1
56:4,7,11,14,18
56:25 57:5,8,12
57:17,22 58:24
61:25 62:25
63:14,21,24
64:19 65:14
68:15 71:22,25
72:3,11,18 75:22
76:4 78:17 79:3
83:2,14 84:2
85:6,16 89:19,22
92:6,7 95:2 98:7
98:14,19,23 99:2
99:5,8 101:16
102:24 103:9
**life** 10:9
**lifesaving** 29:6,21
**Likewise** 5:23
**lines** 75:10 90:7
93:24
**list** 23:8
**listed** 25:12
**listen** 83:22
**literate** 50:18
**little** 8:7 12:22
32:18 43:3 51:11
73:7,7 76:5
**live** 13:25 14:2
45:15
**living** 18:19
**load** 78:13,14

**loaded** 69:9
**loads** 78:5
**lobby** 38:6,20,21
38:25 39:1,6,7
39:13,25 40:13
40:18 43:20,24
44:5 46:20 71:4
71:6 74:11,12
86:9 90:8,12,14
90:15 92:15,20
92:25 93:4,16
95:9,11,16 101:1
**locally** 13:24 24:3
24:3
**located** 1:18 71:19
73:12 74:17
**location** 74:13
**log** 39:19
**long** 8:13,15 16:17
23:25,25 26:12
27:10 32:18 33:9
36:15,17 38:2
51:24,25 91:24
92:1
**look** 58:4 69:3
72:10 77:12
**looked** 53:24 56:9
89:17 101:8
**looking** 16:4 34:14
60:23 67:7 71:7
72:16 73:11
101:1
**looks** 52:14 60:24
64:15 71:20
**lot** 5:15 12:8 19:21
21:6 39:19 91:11
91:14

**M**

**Ma'am** 4:10
**magazine** 69:13
69:14,15,22 78:1
78:1,2 94:19,19
**Magistrate** 1:11
**main** 36:17

**maintain** 22:20
23:3,7 24:10
36:3
**major** 14:24 15:25
16:1,5,6
**making** 50:3
56:10 58:13
60:12 71:19
83:19 87:24
**male** 36:23,24,25
37:1 38:5
**malfunction** 94:15
95:8
**man** 95:18
**mandatory** 22:10
**manipulate** 94:14
**manned** 93:1
**mannerism** 97:21
**manning** 74:6
**manual** 24:10
**March** 58:17
59:25
**mark** 40:15 42:14
63:18 72:7,9,12
73:15 74:16
**marked** 42:16
50:23 51:14
57:24 58:2 63:20
93:15
**market** 77:1
**marking** 72:15
**married** 7:6,21
**mask** 86:19 95:21
**material** 24:11
36:1
**materially** 59:24
**matrix** 22:20,21
**matter** 4:9 5:8
87:21
**mean** 7:8 16:11
18:13 22:12,24
23:12 24:3 25:19
50:16 57:17,21
70:12 71:16
72:21 100:7

101:24
**means** 67:18 85:7
92:13
**measures** 90:15
**mechanically**
56:12 104:9
**medical** 61:2
**medication** 7:2
**member** 11:22
15:12 95:13,14
**members** 26:24
60:8,10
**men** 43:8
**mental** 9:7,9,10
9:10,17 55:16
60:19 61:2 86:15
**mention** 5:3
**mentioned** 41:15
**method** 33:19
**methodology** 78:7
**MI** 1:24 2:4,11
104:17
**MICHAEL** 2:2
**Michigan** 1:2,18
1:19 18:12,13,18
18:19 19:3 104:3
**Miliary** 15:6
**Military** 7:24 8:2
8:23 9:24,25
10:1,4,24 11:9
11:11,18 12:24
13:3 14:8 15:8,8
15:10,12,14
16:23 25:18,20
25:24 52:15
**mind** 49:19 75:18
75:19 76:3
**minutes** 40:23
52:1 56:21 86:22
**mis** 27:19
**misunderstand**
81:16
**model** 89:14
**Mohawk** 10:22,25
11:5,7,9 14:16

14:19 15:19 16:8
**moment** 45:2
95:11
**months** 27:13
**Mothers** 90:9
**move** 19:22 63:18
96:1
**MP4** 51:9
**multiple** 4:25
36:15 38:21

**N**

**Naji** 1:5 67:3,19
70:14,18 71:1
73:20 74:18
79:14 86:11
93:18 95:25
99:20,24 100:22
**name** 4:17,18,19
24:23,25 54:23
**near** 52:13
**necessarily** 9:13
9:14
**necessary** 6:6
**need** 6:21 9:14
98:11
**needed** 68:3
**neutralized** 96:20
**never** 28:11 62:18
75:21 93:12,13
94:1 95:23 96:8
**new** 10:17,17,25
17:17 18:20 27:3
27:11,14 60:11
**noise** 82:1 83:15
**non-fatal** 68:13
**notation** 50:23
**noticed** 19:20
45:13
**notified** 23:12
**number** 3:19,20
3:21,22 51:13
57:23 58:3 63:19
93:15 99:18

**O**

**OAKLAND** 104:5
**OATH** 4:14
**object** 26:2 32:14
34:6 37:11 47:5
49:21 61:25 63:1
68:15 75:22
78:17 101:16
**objecting** 102:24
**objection** 25:25
76:1
**observation** 31:16
71:1 79:2,19
80:13
**observations** 67:1
73:23 74:4
**observe** 74:10
**observed** 77:19,23
80:21 88:16 94:5
94:14,18
**observed/** 77:24
**observing** 70:11
**obstruction** 67:24
**obvious** 100:23
**obviously** 12:7
54:21 55:23 81:7
90:16 92:24
94:12 98:11 99:4
**occasion** 10:3
66:17 97:23
**occur** 68:23 86:5
**occurred** 5:12
59:4
**offensive** 21:10
**offer** 18:4,14,17
18:23
**offered** 35:19
**Office** 92:22
**Officer** 1:13 15:3
15:21 19:19,21
20:3 30:23 35:13
53:24 69:19,22
74:8,10 87:14
96:22 102:17,17
103:3

**Officers** 31:19
33:18 39:9 43:17
46:9 59:10,15
60:11,11 61:13
61:16 90:25 92:8
101:19
**Oh** 4:20 6:9 10:18
25:6 58:11 77:10
**okay** 4:21 5:16,21
6:1,7,18 7:8,13
7:21,24 8:2,11
9:12,23 10:6,12
11:4,13,17 12:2
12:7,20,23 13:9
13:10,24 14:2,5
14:8,14,17 15:17
15:23 16:4,7,10
17:5,13,15,23
18:23 19:8,20
20:8,10,16,23
21:24 22:9 23:5
23:25 24:7,22
26:12,17 27:3,6
27:18 29:3,15,19
30:12,20 31:23
32:21 33:8,12,14
35:8,19,22 36:18
38:9,14,21 39:16
39:22 40:6,20
41:25 43:7,10,15
43:19 44:1,4,7
44:12 45:6,10,12
47:12,15 48:15
49:3,8,16,25
50:2,9 51:4,7,22
52:10 53:5,15
54:8,25 55:14,19
56:13,25 57:13
57:20,21 58:11
59:1,17 60:2,14
60:18 61:4,8
62:20,22 63:2,16
64:25 65:5,13,24
66:13,16,24
67:22,25 68:20

68:21 69:17 70:7
70:17 71:10,14
72:13,20 73:4,7
73:9,10,15 74:3
74:9,20,21,22
75:2,6 77:18
78:9 79:11,16,19
79:23 80:4,17,25
81:2,4,9,13
82:11,25 84:5,10
84:15,18,23 85:1
85:9 86:2,11,14
86:18 87:11,16
88:9 89:1,11,16
90:19 91:4,12,25
92:19 96:9 97:14
97:20 98:2,4
99:2,7,9 100:1
100:17,20 101:6
101:22 102:6,9
102:13 103:7,18
**old** 10:8 77:9
**older** 8:7
**once** 89:3
**online** 31:5 50:16
**open** 67:23 80:15
**opened** 64:15 68:4
71:18 85:24
102:13
**operating** 78:16
78:20
**opinion** 95:3
**opportunity** 13:21
13:23 44:15
**opposed** 83:18
**opposite** 33:6
**order** 58:8,11,14
66:5
**outside** 22:11,12
26:25 31:21
35:15 73:5 95:13
99:13
**outsider** 67:13
**overall** 24:24,24

Coproal Timothy Clive -  May 31, 2023

**P**

**p.m** 1:19 4:1
  50:13 86:24
  103:11,20
**P.O** 2:10 104:16
**P29121** 1:21
**P59139** 2:2
**P85891** 1:22
**page** 3:3 54:23
  58:4,12 60:25
  61:3,9 63:10
**pages** 104:9
**paragraph** 60:24
  61:21
**parameter** 6:9
**parking** 39:19
  91:10
**part** 56:5,8,12
  61:5 71:17 78:4
  100:2
**particular** 6:16
  25:1 35:6,25
  41:10 42:2 47:2
  49:1 55:2,23
  59:6,10,14 60:12
  64:5 65:10 66:5
  67:19 76:15
  78:24 87:21
**partner** 45:13
**Parts** 98:16
**passing** 91:14
**penetrate** 47:9
  49:5
**penetrated** 86:4
**people** 12:8 33:7
  84:8 90:19 91:10
  91:14 99:18
**people's** 57:3
**performance** 28:1
**Performing** 91:8
**period** 11:20
  13:17 28:10 33:8
  68:8 70:8 99:21
  101:6,7 102:13
**permit** 5:19,24

**person** 12:16 28:8
  31:12 32:23
  35:15 36:18 37:4
  37:15 38:10,17
  46:5 62:11 66:18
  66:19 67:19 68:5
  69:4 70:24 88:5
**personal** 1:5 47:15
**personally** 22:25
  23:3 36:5
**personnel** 23:7
  92:8
**ph** 45:7 70:6
**PHOENIX** 2:9
**phones** 90:24
**phraseology** 68:19
**physical** 8:21 13:4
  61:2
**pick** 39:17
**picked** 50:17
**pixelated** 98:16
**place** 60:15 71:9
  90:15 104:10
**places** 17:1 19:21
**placing** 78:3
**Plaintiff** 1:8,17,21
**play** 52:24 55:3
  79:7 80:17 82:5
  83:21,22
**played** 51:16,21
  52:4,20 53:11,17
  54:4,10,15 64:2
  64:13 79:10
  80:19 81:21 83:7
  83:24 84:17,22
  85:5
**playing** 53:22
  83:2
**please** 4:7,17,19
  61:9 83:5 92:18
**plus** 16:4
**POAM** 30:23
**pocket** 94:1
**point** 6:10 9:19
  11:8,14 14:20

  15:4 17:9 20:5
  27:17,19 31:23
  32:6 44:13 45:15
  55:4 62:18 68:2
  69:7,25 70:1
  72:8,8 75:2,18
  78:25 84:24
  86:16 87:19
  91:10 93:7,12,13
  93:16 94:3,6,19
  97:7 98:8 101:10
**pointed** 67:18
  75:12,14 76:9,14
  77:21 79:13,14
  79:15 80:2,5,6,6
  82:23 84:19 94:2
**Police** 4:18 15:3,7
  15:14,21 17:17
  17:19,23 19:13
  19:18 25:2 27:25
  28:14 30:23 42:4
  55:10 67:11 90:3
  92:16 103:3
**policies** 22:6 55:3
**policy** 35:9,11,23
  36:3,4,4 37:2,10
  37:14,24 49:20
  49:23,25 58:5,9
  58:14 59:19,20
  60:15,23 61:5
  89:1
**portion** 58:14
**position** 71:9,11
  73:24 82:24
**positive** 30:22
**possession** 32:4
**possibly** 18:20
**posted** 54:19,20
  63:11
**potential** 102:23
**potentially** 44:9
  44:20
**pounds** 65:20
**prepared** 24:16
**present** 37:10,15

  88:5
**pressure** 65:21
  66:6,10
**pretty** 90:20
**Princeton** 1:23
**prior** 17:19 27:14
  58:18 61:17
  99:22
**privacy** 9:14
**Private** 11:19
  12:14,18,24
**probably** 40:16
**problem** 21:3
  40:20,22
**procedures** 22:7
**proceedings** 4:4
  103:10,12,19
  104:8
**process** 6:16 78:2
  85:16,18 94:20
  94:23 95:7
**produce** 56:15
**produced** 75:11
  94:2
**program** 11:21
**progressed** 12:17
**progression** 20:2
**projectile** 47:10
  49:4 66:14 77:12
  78:13 86:4 102:3
**projectiles** 77:15
**promoted** 20:5,7,8
**protect** 38:12 44:6
**protecting** 50:3
**PSI** 66:11
**Pu** 53:1
**public** 50:4 63:15
  90:19 91:14
  95:13 98:10,16
  99:15,19 102:15
  102:16
**pull** 62:19 66:14
  78:5 94:8,18
**pulled** 30:7 62:18
  69:3 75:12 78:1

  94:2
**pulling** 85:13
  94:20
**purpose** 82:17
**purposes** 9:13
  60:6
**pursuing** 33:9
  93:6
**put** 43:10 49:9,13
  50:22 72:6 74:16
**putting** 90:13

**Q**

**quarrel** 52:10
**question** 5:18,20
  5:23,25 6:4,5,12
  6:13 7:13 21:8
  21:14,14 22:4
  32:17 37:17,17
  40:24 48:3,9
  55:9 58:18 60:16
  76:4 102:25
**questioned** 89:7,7
**questions** 7:9
  41:19 62:1 89:18
  96:23 103:7
**quick** 38:14 79:8

**R**

**rack** 79:2 80:1,14
**radio** 31:17 39:22
**raise** 4:7
**ran** 33:5 43:11
**rank** 11:17,17
  12:10 19:17 20:6
  28:7
**Rd** 2:3
**re-inserted** 78:2
**reached** 94:1
**read** 45:16,19
  46:4,11 75:18,19
  81:10,12
**ready** 7:10
**real** 44:12 76:21
  76:23 89:16,17

realize 92:10
really 10:8 15:24
  24:13 46:2 50:21
rearing 96:6,11
reason 5:3 32:20
  65:1 77:1 87:11
recall 15:1 22:16
  28:17 29:9 35:20
  36:8,16 44:2
  52:24 65:23
  66:23 88:2
receive 16:7 31:17
  39:20 90:8
received 12:23
  24:11 25:11
  26:16 28:13 31:6
  34:25 42:21
  50:17 59:5
recess 50:12 86:23
recognize 40:15
  50:21 52:7 64:5
recognized 60:23
recollection 67:2
  70:11,13 99:23
Reconstructionist
  26:18
record 4:17 7:19
  21:12,14 41:9
  50:11 56:5,8,12
  56:20 57:18
  63:21 64:5 72:25
  77:3 82:23 94:25
recorded 2:7 51:5
  51:8 104:9
recording 104:13
records 92:25
  100:8,9 103:15
recuperation 13:4
Redirect 3:9 96:24
Reduce 51:23
reduced 104:11
reference 38:1
  56:10 58:13
  61:10 62:7 65:3
  70:22 71:19

100:1
reflect 7:19
regarding 35:1,9
Region 24:4,4,6
Regional 19:7
registration 23:8
regular 14:25 22:5
related 25:23
Relative 93:6,14
released 63:15
  98:10,16
relevance 41:18
  41:24 63:1
relying 44:19
remember 23:25
  24:24,25 28:20
  36:2 46:13 53:2
  55:11 57:2 59:12
  66:11,25 77:9
  87:15 96:6
removed 102:23
reopened 103:13
repeat 62:3
rephrase 6:5
  68:19
report 81:10,12
  90:24 98:1 100:5
  100:7
Reporter 4:6,11
  4:13 9:3 42:17
  57:24
REPORTING 2:9
reports 45:20 87:2
  90:19,20,20,24
  91:1 100:2
representation
  42:3
Representative
  1:5
Rescue 30:14
reset 94:19
respect 31:11
  33:22 34:3,5
  35:10 36:8 65:6
  65:10,17 69:8,11

70:17 76:14,15
respectfully 5:19
  6:12
restate 6:5 21:11
restrain 32:5
Restraint 32:7
result 96:15
retrieve 29:5 31:8
retrieved 30:3,7
  63:10
revolver 77:10,11
ribs 30:6
rifle 48:23
rifles 30:25 43:9
right 4:7 15:15
  21:4 29:18 39:4
  47:25 48:5,19,20
  48:24 53:2 56:16
  57:5 63:22 71:6
  71:7,15,20,20
  72:17,18,21
  73:13,13 74:2,19
  76:24 77:15 78:7
  79:8 81:7 91:1
  92:21,24 96:6,8
  96:12 97:23
  98:18 99:22
  102:23
road 21:22 30:1
ROTC 11:21,25
  12:4
rough 42:19
roughly 8:14
  10:23 33:11 42:5
  42:25 43:1 91:8
  102:12
round 78:3,5
rounds 69:23
  80:22 81:3,4,6
  81:11,13
routinely 21:9
run 33:2,4,7,9
  101:3
running 28:24

|   | S |
| --- | --- |

S 1:22
S-a-u-q-u-o-i-t
  10:15
safe 46:23,25 47:2
  47:4,12,14,22
  48:7,9,21,22
safety 27:15 46:19
  46:21 90:15
Sam 50:16 54:2
  64:3 84:5,18
Sauquoit 10:11,17
  14:4
saw 31:2 32:4,8
  39:15,16 44:16
  45:7 46:16 58:23
  70:24 71:3 73:21
  74:11,24 75:2
  76:11,11,18
  77:18 78:23
  89:12 93:18 94:8
  95:18 96:8 97:4
  97:5,13,14 98:13
  100:16 101:2
  102:22
saying 21:5 47:1
  52:24 53:4 57:21
  64:25 75:3,17
  82:3,16,22 89:5
  98:2
says 61:16 83:13
scene 31:4 33:18
scheduled 4:21
school 9:25 10:6
  10:10,11 11:21
  11:23,24 25:22
Schoolcraft 19:7
  26:7
schools 12:5,5
Science 16:22
screen 72:15,17
second 19:11
  24:16 50:11 54:1
  60:24 63:22 64:3
  71:13 83:9

seconds 52:2,18
  56:22 65:4 84:24
  84:25 85:2 88:15
  101:13
section 71:16
secure 5:9,11
  16:12 43:16
see 20:1 31:12
  32:12 36:21 40:2
  44:15 51:11
  52:16 57:14 58:4
  66:17 68:18 69:4
  71:17,17 73:6,19
  74:12,22,23 75:1
  75:3 77:12,15
  78:16,20,24 79:1
  79:6,13 83:11,13
  83:14,16,16,21
  84:4,13 96:3
  97:2,3,9,24
  99:18 102:16
seeing 32:23
seen 86:18 93:14
  97:17
semi-automatic
  66:3 78:4
semi-yearly 28:2
seminar 22:13
  24:1,20
seminars 23:9
  26:25
senior 60:11
sentence 60:25
separate 9:8 93:4
Sergeant 19:22
  20:17,18 28:9
  31:1 35:13 39:18
  40:4,6 42:6,7,13
  43:24 44:1,3,16
  44:19 52:23 70:6
  70:24 71:10 74:4
  87:13 88:3
Sergeant's 53:6,7
  82:24 99:17
serious 7:17 61:13

**Service** 7:25 8:2
**set** 72:23 103:9
  104:10
**seven** 56:22 88:15
**seventeen** 64:23
  65:4 69:16 81:14
  81:16 85:25
**seventy** 33:11,13
  33:14
**Shahin** 63:13
**sharing** 30:21
**Sharon** 50:22
  104:15
**shoot** 32:13,23
  46:2 53:13 61:24
  62:15,17,19 68:6
  68:9,21 96:14
**shooting** 5:12
  45:15 68:13,14
  97:7
**short** 36:15 99:21
**shot** 66:13,21
  67:25 102:1
**shots** 67:2
**shoulder** 45:14
**shouted** 82:7
**shouting** 39:21
  40:4,6
**show** 57:16 58:2
  71:8 79:8 100:23
  100:24
**showing** 89:2
**shown** 5:15
**shows** 101:1
**side** 78:5 96:6,8
  96:12
**sign** 8:15 18:1
  23:19
**significantly**
  59:23
**signify** 20:14
**silver** 77:20,21
**sir** 6:2,8,17 7:16
  11:23 14:22
  20:15 25:16

66:12
**sit** 39:2
**sits** 71:10
**sitting** 82:21
  100:10
**situation** 31:1,3
  36:8 43:18 61:1
  62:11
**six** 69:2 92:17
  93:3,4
**size** 76:25
**skull** 30:4
**slide** 78:4,5 81:6,8
  94:20
**slightly** 21:2
**small** 72:25
**smaller** 12:5
**smiling** 7:19
**sneaker** 91:7,17
**snow** 11:4
**solemnly** 4:8
**somebody** 67:13
  71:2 72:10 82:5
  82:16
**somewhat** 24:13
**sorry** 4:19 9:9
  10:22 14:11
  15:14 17:5 19:16
  25:2 29:8 30:11
  30:18 35:2 36:25
  45:4,25 53:20
  59:1,18 60:9
  63:16 66:1 71:24
  79:3 82:8 84:1
  98:7 100:7,7
**sort** 6:15 13:4,5
  25:24 47:8,19
  68:10
**sounding** 53:8
**sounds** 10:15
  12:12
**SOUTHEASTE...**
  1:3
**Southfield** 2:4
**span** 65:4

**speak** 30:22 37:14
  60:10
**speaking** 52:22
  53:19 82:9,17
  84:7
**specific** 13:11
**specifically** 21:24
  91:18
**speculate** 29:18
**speculation** 95:1
**speed** 41:4
**spell** 10:13
**split** 24:16
**Spring** 34:9 35:2
**square** 65:20
**St** 1:23
**staff** 95:15
**stairs** 39:4 100:15
  100:24
**stairwell** 93:2
**standing** 73:25
**start** 5:20 17:9,11
  17:16 19:13
  27:19 50:19 84:2
**started** 11:15
  12:16 17:14 20:2
**starts** 24:16
**state** 4:17,19
  10:17 77:2 104:3
**statement** 42:7
  76:6 83:20 89:8
**statements** 80:7
**STATES** 1:1
**station** 4:18 30:24
  36:9,10,18,19
  38:18,19 40:7
  55:15 59:4 67:11
  70:21,24 73:17
  74:6,18 83:12,19
  86:12 90:3,23
  92:16 99:12,13
  99:19,24 100:2
**stationed** 16:23
**stayed** 30:7 81:7
**steady** 91:22,24

**Stenographer**
  21:5
**stipulate** 57:14
**stop** 22:19 45:2
  51:17 52:5 68:3
  79:11 83:8 84:5
  84:23 85:2
**stopped** 96:16
**stops** 22:17 24:8
  24:15
**straight** 79:14,16
  79:17 84:20
**streaming** 51:6
**strike** 9:24 37:25
  68:10,25
**stripes** 20:1,12
**studies** 16:4 45:16
  45:19 47:8,19,20
  48:25 49:2
**study** 19:8 46:11
  46:12,14 77:2
**stuff** 57:2,4 75:16
**subject** 31:19
  44:25 45:2 60:25
  74:11,12,25
  88:13
**subsequent** 5:23
  58:21 80:1
**suffered** 9:12 13:9
  30:4
**suffering** 86:15
**suggesting** 98:21
**suicidal** 45:18
**suicide** 45:19,24
  46:1 55:11
**Suite** 1:18
**Sunday** 89:25
  91:12 100:3
**Sunday's** 91:13
**superior** 35:13
**supervising** 59:15
  87:14
**Supervisor** 28:6,7
  59:14 69:20
**supplement** 97:25

**sure** 5:10 7:4
  37:16 41:7 56:19
  85:6 90:22
**surveillance** 71:3
  71:5,12 74:15
**sustain** 8:17,23
**sustained** 76:2
**swear** 4:8
**sworn** 4:13 5:6
  38:11
**Syracuse** 11:3,3
  16:16 17:5
**system** 44:16

---

**T**

**T** 73:1
**table** 3:1 90:14
**take** 6:11,13,24,25
  13:22 19:3 20:19
  20:22 22:6,10
  24:1 26:6 30:9
  30:12 37:6 42:15
  49:19 78:4 83:17
  86:21 87:14
  90:15,24 93:10
**taken** 1:17 4:22
  25:4 49:16 50:13
  86:24 104:13
**talk** 24:14
**talked** 74:3
**talking** 12:20
  15:14 34:11
  41:15 46:3 48:1
  48:11,13,17,18
  49:3 55:7,12
  74:8,9 82:8
  85:11 86:2 97:20
  98:6 99:11 103:2
**talks** 61:21
**target** 67:8
**taught** 24:22
**teach** 26:24
**technically** 43:12
**techniques** 55:20
**Telegraph** 2:3

televised 45:15
tell 10:9 29:18
    37:10 46:15
    52:25 54:7 71:2
    80:10,25
telling 49:8 101:10
ten 92:12
tender 56:24
tenure 28:14
terminology 5:10
    45:12
terms 9:24 15:6
    15:23 20:23 24:7
    31:5,15 34:3,25
    37:2 55:14 60:2
    67:1 70:4,20
    71:18 77:18 80:4
    87:20 97:14 98:5
    100:1,6,13,22
    101:3,22
test 6:21
tested 20:6
testified 4:13,25
    5:5 97:16
testify 76:2,3
testimony 4:8 5:6
    104:7
testing 12:14
    47:21
thank 4:11 41:6
    51:12 94:12
    96:22 103:7
that's 9:15 11:25
    12:20 15:15 18:6
    21:9 24:13 27:23
    28:9,18 29:17,21
    30:20 31:5 32:20
    37:6,9 41:24
    44:18 46:8,8
    47:15 53:2,19
    54:17 56:4,23
    57:20,21 58:17
    58:18 61:5 66:3
    71:9 73:10,10,15
    73:17,18,21 74:3

75:11 78:7 82:8
    82:8 85:12,15,16
    86:7 94:4 98:2,4
    98:11 102:11
theoretically
    95:10
therapy 13:5,11
there's 43:3,5,8
    72:14,21 73:5
    74:14 81:18 98:4
thing 5:4 90:12
things 20:21 30:22
    37:3 48:14
think 6:9,10 27:22
    29:21 40:19
    41:17,23 42:14
    50:16 57:5,8,18
    58:16 62:1,7
    72:9 73:18 99:3
thirteen 61:9
thirty-five 52:2
thought 37:9
    48:18 51:18 82:5
    94:4 96:19 97:1
    97:16 98:21
threat 61:12 68:3
    96:10,16,19
    102:14,15
three 3:21 57:23
    58:3,17,22 82:12
    100:16
threw 29:4 33:10
throw 93:11
thumb 24:12
    35:25 56:14
Tim 26:3 29:11
time 7:13 9:19
    11:20 13:17 15:4
    17:2 19:11 20:5
    21:4 22:6,6 26:9
    28:10 30:9,13
    31:23 32:6 33:8
    34:4 38:17 39:9
    44:2 51:16,21
    52:4,13,20 53:11

53:17 54:4,10,15
    55:4 57:1 59:18
    59:21 60:19 64:2
    64:13 66:9,13,17
    66:21 67:16 68:1
    68:8 69:4,5,7
    70:8,22,23 71:16
    74:9,17 79:10
    80:19 81:21 83:4
    83:7,24 84:17,22
    85:5 86:9,16
    88:18 93:1 95:7
    97:7 99:19,21
    101:6,7,10,14
    102:13 104:10
times 4:25 21:6
    38:21 64:18,23
    65:4 69:3,6
    82:12,15 85:25
    101:21
Timewise 99:25
Timothy 1:16 3:5
    4:12,20
Tireman 28:21
    93:7
today 4:21 5:8
    9:13 19:23
    103:16
told 33:17 44:11
    46:17
tomorrow 56:24
top 78:4
Tots 90:11 91:20
touched 89:2
Town 14:6
toy 91:4,6
Toys 90:11 91:19
traffic 5:2,4 22:17
    24:8,15 30:15
train 27:4 67:17
trained 68:4
training 15:7 17:3
    17:20 22:3,5,6
    22:11,15,17,18
    22:20,22 23:8,10

23:20,21 24:7,10
    24:15 25:11,18
    27:8,10,15,22
    33:22,25 34:3,5
    34:22,25 35:5,5
    35:6,9,9,19,20
    45:22 46:7 47:2
    59:9 60:6 65:6
    65:18 66:11 69:8
    78:21 87:16
transcript 104:12
transmission
    31:17 32:8 39:20
    39:23
treated 13:24
trick 5:14
tried 47:9 78:25
    79:20 80:1
tries 85:3,7
trifle 70:12
trigger 62:19 66:6
    66:14 69:3 75:12
    94:3,8,10
triggers 89:3
Troy 25:2
true 38:7,12 49:23
    62:13 63:5 67:14
    67:15 86:9,10
    100:3 104:12
truth 4:9
try 9:18 17:13
    33:4 40:13 62:19
    80:10 85:13
    87:13 96:13
trying 5:8,10,14
    45:18 46:2 48:12
    53:5 55:11 61:22
    62:11 68:9,12
    79:2 85:12,20
    94:14,16 97:16
    99:19 100:23,24
turn 33:2
turned 33:5
TV 83:11,13,14,16
    83:17,21 84:8

TV's 71:10,11
    74:14
twenty-five 52:17
    52:18
twenty-six 63:22
two 3:20 8:14
    16:18 20:12
    27:13 36:9 38:1
    38:18 44:7 50:24
    51:13 52:1 54:2
    56:2,20,21 57:6
    58:24 59:1,1,1
    61:21 72:14 91:9
    93:15
type 9:15 42:3
    65:11 70:18
    76:15,17,18
    89:11
typewritten 104:9
    104:11

─────────────
**U**
ultimately 17:13
    33:10 40:17
    49:13 69:17
Un-huh 17:8
    38:23
underneath 30:4
understand 6:4
    9:16 19:23 29:11
    32:17 37:23
    41:12,19,21
    44:13 52:16
    56:11 65:25 66:2
    75:17 78:10,11
    78:15 89:14
understanding
    61:1
understood 48:17
uniform 20:1
Union 88:4 89:8
UNITED 1:1
University 16:16
unobscured 97:22
unreal 89:16

**updates** 22:9
**upstairs** 39:5
**upward** 12:17
**use** 24:18 25:20
  33:25 34:1,4
  35:1,11,23 36:4
  37:2 49:20,25
  50:23 55:4 58:8
  59:20 60:4,5
  65:18,21 71:22
  87:1,3,7,8,17,24
  89:3 91:1 102:25
**usually** 28:4
**Utica** 11:3 16:16
  17:5
**utilize** 55:20 89:3
**utilized** 61:11
**utilizing** 27:19
  45:23 57:3

---
**V**

**VA** 13:21
**Valley** 10:11,22
  10:25 14:16
**various** 95:15
**venture** 23:11
  92:12
**venue** 60:4
**verbal** 39:23
  61:17 81:24
**verbally** 39:24
**vernacular** 67:18
**version** 15:9
**versus** 68:13
**video** 5:15,16
  40:19 44:16
  50:15 51:15,20
  52:3,8,19 53:10
  53:16,21 54:3,9
  54:14,19 56:2,3
  56:21 57:6,18
  58:22,25 60:5
  63:8,9,22 64:1
  64:12 67:17
  71:15,16 74:22

74:24 75:3 79:9
  80:18 81:7,20
  83:6,23 84:4,13
  84:16,21 85:4
  93:15,19 97:15
  97:18,20,22
  98:10 100:23
  101:14,24
**video-wise** 98:9
**Wayne** 12:7
**Vietnam** 12:7
**violent** 61:21
  62:12 63:5
**visible** 21:15
**visit** 37:5 38:11
**visitation** 39:13
**visual** 71:1
**voice** 9:4 52:25
  53:2,6,6,7,8
**volley** 97:12
**vs** 1:9

---
**W**

**waistband** 28:24
  31:13,16 93:10
**walk** 40:1 73:8
  74:11,12 88:10
  102:6
**walked** 28:23
  36:18 38:17 39:7
  39:10 53:24 75:7
  102:10,17,18
**Walker** 13:6,12,13
**walking** 13:14
  43:25 55:15 73:6
**walks** 86:9
**want** 6:11 9:20
  10:13 30:22
  34:16 41:9 56:20
  66:9 67:12,24
  73:2 84:18 85:2
  98:22
**wanted** 15:3 67:25
  101:19,23
**wants** 72:4
**War** 11:10,15

**warnings** 61:17
**wasn't** 77:6
**watched** 56:21
**way** 5:11 6:4 14:3
  18:22 21:13
  24:13 44:1,15,20
  44:25 95:3
  100:20 102:23
**Wayne** 19:7
**we're** 48:13
**we've** 40:19,23
  93:14
**weapon** 32:8,13
  33:10,15 36:10
  36:11,13,17 62:9
  65:22 66:3,5
  67:11,18 68:24
  69:5,6,8,11,17
  70:5,7,15,18,25
  70:25 76:9,14,15
  76:21,23 77:6,16
  77:21 78:24
  79:20,23,25 80:4
  80:14,23 81:15
  81:23 82:3,3,4
  85:3,8,21,25
  88:16 89:12
  101:9
**weapons** 36:15
  38:2 44:23 46:17
  49:9,13 76:25
**wear** 13:17
**wearing** 95:21
**Wednesday** 1:19
  4:1
**wee** 39:25
**week** 24:2 26:13
  89:23
**went** 10:1,4,22,22
  12:18 13:19,24
  15:19 17:2,17
  18:19 25:22
  40:12 73:21
  79:17 93:19
**weren't** 57:3

84:12
**West** 43:12 73:17
  73:18
**what's** 7:15 13:13
  20:2 21:6 24:24
  37:9 58:2 75:9
  76:2 98:9
**whatsoever** 88:17
**who's** 73:6
**wife** 7:14 18:7
**WILLIAMS** 26:2
**window** 67:13
  85:24 102:14
**witness** 2:2 3:3 4:7
  4:10,17 9:5
  13:16 18:9 21:16
  26:4 29:13,23
  30:11,14,18 34:8
  37:19 54:11 62:3
  63:12,16 64:20
  71:24 72:13,20
  85:17
**woman** 36:23
**Women** 90:12
**wondering** 12:2
  18:5 39:22 83:19
**wonders** 11:10
**word** 95:23,24
**words** 52:24
**work** 18:22 21:22
**worked** 17:12
  91:13
**working** 17:9,11
  17:16 30:25 90:1
**worth** 57:15
**wouldn't** 86:19
**wound** 68:10
**write** 25:12 72:3,6
  97:25
**written** 20:19,22
  21:13 36:1
**wrong** 34:17
  94:15,17

---
**X**

---
**Y**

**yards** 33:11,13,14
  91:9
**year** 10:23 16:25
  17:24 19:1,8
  21:25 25:7 29:9
  30:23
**yearly** 28:2,4
**years** 8:14 16:18
  20:7,23,23 27:6
**yelled** 43:8 101:20
**York** 10:17,17,25
  17:17 18:20
**you're** 19:24
  26:21 74:9
**you've** 4:25 5:5,10
  9:23 22:20,23
  23:9 27:6 28:10
  28:11 33:25
  38:11 46:4,4
  55:9 97:23
**YouTube** 51:1,2,3
  51:6,9 63:10

---
**Z**

**Zoom** 4:2

---
**0**

---
**1**

**1:00** 1:19
**1:03** 4:1
**14** 1:18
**15** 58:17 59:25
**16901** 1:18
**17** 65:12,17,17
**18** 34:18,23 64:9
  89:24 90:4
**1998** 10:7,10,18
  10:19

---
**2**

**2:01** 50:13
**2:30** 57:9
**2:35** 57:10,11

Coproal Timothy Clive -  May 31, 2023

**2:42** 52:16,18
**2:59** 86:24
**2001** 8:4,24
**2003** 14:8,10,12
**2004** 16:9,11 17:7
**2006** 17:8,9
**2008** 17:18,23
  18:1
**2009** 19:2,9
**2013** 22:1,9,15,21
  22:23
**2015** 25:3 61:23
  62:7,8,17 93:6
**2016** 25:3 29:13
**2017** 25:3 29:16
  30:24 36:8 38:1
  49:23,25 52:11
  55:3 59:4,19
  60:3,21 61:6
  74:5,6 93:14
**2021** 25:9 26:10
  26:11
**2022** 26:11 34:11
  34:19,23 35:3
  58:18 59:25 64:9
  64:10 89:24 90:4
**2023** 1:19 4:1
  104:20
**205** 16:12
**214552** 2:10
  104:16
**23-10521** 1:9
**23950** 1:23
**248** 2:5,12 104:18
**29201** 2:3

―――――――――
        **3**
**3:29** 103:11
**3:35** 103:20
**31** 1:19 4:1
**313** 1:25
**3192** 104:15
**342-7229** 2:12
  104:18

―――――――――
        **4**
**4** 3:7
**42** 3:19
**48034** 2:4
**48124** 1:24
**48321** 2:11  104:17

―――――――――
        **5**
**5** 52:11 55:2 59:4
  59:18
**51** 3:20
**510** 2:3
**57** 3:21

―――――――――
        **6**
**63** 3:22

―――――――――
        **7**
**7** 104:20
**788-8888** 1:25

―――――――――
        **8**
**833-6225** 2:5
**89** 3:8

―――――――――
        **9**
**96** 3:9

Phoenix Court Reporting
(248)342-7229

EXHIBIT B

B1 – Lobby Desk

B2 – Lobby Doors

B3 – Lobby Elevator

B4 – Lobby Waiting

B5 – Front Circle

All video footage filed (or to be filed) through the media upload pursuant to Rule 19(c), Electronic Filing Policies and Procedures.